AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ALVIN L. BRAGG, JR.<br>in his official capacity as<br>District Attorney for New York County<br><br>*Plaintiff(s)*<br><br>v.<br><br>JIM JORDAN; COMMITTEE ON THE JUDICIARY<br>OF THE UNITED STATES HOUSE OF<br>REPRESENTATIVES; and MARK F. POMERANTZ<br><br>*Defendant(s)* | Civil Action No.  23-cv-3032 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary
2056 Rayburn House Office Building
Washington, DC  20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Theodore J. Boutrous, Jr.
Gibson, Dunn & Crutcher LLP
333 South Grand Ave.
Los Angeles, California 90071
(213) 229-7804
tboutrous@gibsondunn.com
*Counsel to Plaintiff Alvin L. Bragg, Jr.*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: