IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>*Plaintiff*,<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, et al.,<br><br>*Defendants*. | Case No. 23-cv-3032 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Leslie B. Dubeck of the New York County District Attorney's Office, an attorney admitted to practice in this Court, hereby enters her appearance in the above-captioned action as counsel for Plaintiff Alvin L. Bragg, Jr.

Dated: New York, New York
     April 11, 2023

                                        NEW YORK COUNTY DISTRICT
                                        ATTORNEY'S OFFICE

                                        By:   */s/ Leslie B. Dubeck*
                                              Leslie B. Dubeck

                                              General Counsel to the New York
                                              County District Attorney
                                              One Hogan Place
                                              New York, New York 10013
                                              Tel.: (212) 335-900
                                              Dubeckl@dany.nyc.gov

                                              *Attorney for Plaintiff Alvin L. Bragg, Jr.*