IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>*Plaintiff*,<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, et al.,<br><br>*Defendants*. | Case No. 23-cv-3032 |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

Upon the Summons and Complaint of Plaintiff Alvin L. Bragg, Jr., the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, and the Declaration of Theodore J. Boutrous, Jr., and the exhibits attached thereto, and good and sufficient reason appearing to me therefor, it is hereby:

**ORDERED**, that Defendants Jim Jordan, the Committee on the Judiciary of the United States House of Representatives, and Mark F. Pomerantz, show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, _____, at ___ o'clock in the ___ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure: (1) granting a temporary restraining order and preliminary injunction enjoining Chairman Jordan and the Committee from enforcing the subpoena served on Mr. Pomerantz during the pendency of this action; (2) granting a temporary restraining order and preliminary injunction enjoining Mr. Pomerantz from complying with the subpoena served on him

during the pendency of this action; and (3) awarding to Plaintiff any such other and further relief as the Court deems just and proper; and it is further

**ORDERED** that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, that Defendants are temporarily enjoined and restrained from enforcing or complying with the subpoena served on Mr. Pomerantz; and it is further

**ORDERED** that Plaintiff shall effect personal delivery of a copy of this order and supporting papers, by email to Defendants on or before ____ o'clock in the ____noon, _____, _____, which shall be deemed good and sufficient service thereof.

DATED:    New York, New York

ISSUED:   _____

                                                                          _____
                                                                                   United States District Judge