# EXHIBIT 3

4/9/23, 3:06 PM  Kevin McCarthy on Twitter: "Alvin Bragg is attempting to interfere in our democratic process by invoking federal law to bring politiciz…

Case 1:23-cv-03032-MKV   Document 12-3   Filed 04/11/23   Page 2 of 5





Tweet

Kevin McCarthy
@SpeakerMcCarthy

Alvin Bragg is attempting to interfere in our democratic process by invoking federal law to bring politicized charges against President Trump, admittedly using federal funds, while at the same time arguing that the peoples' representatives in Congress lack jurisdiction to investigate this farce.

Not so. Bragg's weaponization of the federal justice process will be held accountable by Congress.

5:00 PM · Apr 4, 2023 · 6M Views

17.4K Retweets    1,889 Quotes    91.3K Likes    417 Bookmarks


David Weissman @davidmweissman · Apr 4
Replying to @SpeakerMcCarthy
Trump is not above the law. Look, we get it. The only reason why you are kissing Trump's ass is because his base supports you. You had no problem politically persecuting Hillary Clinton, you are nothing more than a political hack. Your words don't mean a damn thing.

2,246    1,001    9,858    230.9K


Conspiracy Cleaning 🧼 @ConspiracyClean · Apr 4
Replying to @davidmweissman and @SpeakerMcCarthy



6    7    320    25.8K

Oli London @OliLondonTV · Apr 4
Replying to @SpeakerMcCarthy
Well said Kevin! Alvin Bragg does not serve the American people. He serves one man and one man only. George Soros

New to Twitter?
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people


Kevin McCarthy
@SpeakerMcCarthy                Follow
Speaker of the House and Representative of California's 20th District in the House of Representatives.

What's happening

MLB · LIVE
White Sox at Pirates  

Entertainment · Trending
Joe Rogan
9,231 Tweets

Music · Trending
Taylor and Joe
163K Tweets

Television · Trending
Sanji
15K Tweets

Trending in United States
Shakur
42.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2023 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

 Log in     Sign up

4/9/23, 3:06 PM    Kevin McCarthy on Twitter: "Alvin Bragg is attempting to interfere in our democratic process by invoking federal law to bring politiciz…

Case 1:23-cv-03032-MKV   Document 12-3   Filed 04/11/23   Page 3 of 5

Replying to @SpeakerMcCarthy

The first puppet house speaker did when he was finally allowed to pretend to take power was publicly thank trump. Marge is the captain. Trump is the boss. Kevin is a cutout. The house is in disorder. Here's the confession and pledge of allegiance



politico.com
McCarthy thanks Trump after speaker win: 'I don't think anybody should doubt his influence'

💬 87    🔁 84    ♡ 614    📊 55.2K

Show replies

**James Hutton** ✓ @JEHutton · Apr 4
Replying to @SpeakerMcCarthy
Any hesitation DA's across the country have ever had of going after a former president (governor, senator, state supreme court justice etc...) has now been lifted. You want to be a famous DA? Charge a senior member of your least favorite party. It's going to backfire.

💬 126    🔁 26    ♡ 347    📊 72.5K

**USAF Vet** 🇺🇸🇺🇦 ✓ @usaf__vet · Apr 6
Replying to @JEHutton and @SpeakerMcCarthy
James conveniently forgets that a NY GRAND JURY indicted Trump, not the DA.

Justice has finally caught up with Trump and James is all butt-hurt about it.

💬 1    🔁    ♡ 1    📊 550

**Will Saletan** ✓ @saletan · Apr 4
Replying to @SpeakerMcCarthy
McCarthy's equation of indictment with election interference — which has been a talking point in Trump's circle for weeks — goes way beyond criticism of the merits of Bragg's case.

It implies that Trump should be exempt from any prosecution as long as he's running for office.

💬 96    🔁 26    ♡ 372    📊 85.4K

**Ron Bassilian** ✓ @Ron4California · Apr 4
Replying to @saletan and @SpeakerMcCarthy
What a retarded argument.

💬 18    🔁 5    ♡ 244    📊 31.9K

Show replies

**Maria Cardona** ✓ @MariaTCardona · Apr 4
Replying to @SpeakerMcCarthy
34 counts led to felonies in NY no matter who u r. Normal ppl don't get

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Kevin McCarthy ✓
@SpeakerMcCarthy    [Follow]
Speaker of the House and Representative of California's 20th District in the House of Representatives.

**What's happening**

MLB · LIVE
White Sox at Pirates

Entertainment · Trending
Joe Rogan
9,231 Tweets

Music · Trending
Taylor and Joe
163K Tweets

Television · Trending
Sanji
15K Tweets

Trending in United States
Shakur
42.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
[Log in] [Sign up]

4/9/23, 3:06 PM  Kevin McCarthy on Twitter: "Alvin Bragg is attempting to interfere in our democratic process by invoking federal law to bring politiciz…

Case 1:23-cv-03032-MKV   Document 12-3   Filed 04/11/23   Page 4 of 5




💬 112     🔁 48     ♥ 552     📊 40.6K     ⬆️

**Rob Hudson** ✓ @hudsondrums93 · Apr 4

Replying to @MariaTCardona and @SpeakerMcCarthy

Yes more indictments for sure. Can't wait to see Biden go down too. He also is guilty as sin for covering up his own sleazy criminal affairs. The opening of this Pandora's box has begun. If they don't indict Biden you could safely say that America is done. Civil war will happen.

💬 17     🔁 2     ♥ 37     📊 4,654     ⬆️

Show replies

**Bobby Pearce** ✓ @bobbypearce · Apr 4

Replying to @SpeakerMcCarthy



💬 56     🔁 72     ♥ 1,459     📊 105.8K     ⬆️

**Charlie** ✓ @cjm828 · Apr 4

Replying to @bobbypearce and @SpeakerMcCarthy



💬 4     🔁 9     ♥ 200     📊 19.1K     ⬆️

**Nathan Quarry** ✓ @NateRockQuarry · Apr 4

Replying to @SpeakerMcCarthy

If he's innocent then he doesn't have anything to worry about, does he?

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

 Sign up with Apple 

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

 **Kevin McCarthy** ✓
@SpeakerMcCarthy     Follow

Speaker of the House and Representative of California's 20th District in the House of Representatives.

**What's happening**

MLB · LIVE
**White Sox at Pirates**     

Entertainment · Trending
**Joe Rogan**
9,231 Tweets

Music · Trending
**Taylor and Joe**
163K Tweets

Television · Trending
**Sanji**
15K Tweets

Trending in United States
**Shakur**
42.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More …
© 2023 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

4/9/23, 3:06 PM — Kevin McCarthy on Twitter: "Alvin Bragg is attempting to interfere in our democratic process by invoking federal law to bring politiciz…

Case 1:23-cv-03032-MKV Document 12-3 Filed 04/11/23 Page 5 of 5






Replying to @NateRockQuarry and @SpeakerMcCarthy
And anyone who believes that trope has never been anywhere remotely near a court room!
And by the way I thought it was a progressive thing to argue for abolition of the death penalty because prejudiced juries get it wrong to often…
Have those defendants also got nothing to worry… Show more

13    1    35    32.4K

Show replies


**Michael J. Stern** @MichaelJStern1 · Apr 4
Replying to @SpeakerMcCarthy
Stop being a political hack and let the elected district attorney of NY do his job.

159    43    983    84.1K

**Charlie** @cjm828 · Apr 4
Replying to @MichaelJStern1 and @SpeakerMcCarthy



14    26    351    23K


**Lori Mills** @LoriMills4CA42 · Apr 5
Replying to @SpeakerMcCarthy
Get going. You all may want to bring those intel agents in that interfered in 2020 by saying Hunters Laptop was fake, when it wasn't. Offense and transparency. That's what the people want.

15    12    78    9,390

Show replies

**New to Twitter?**
Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**


**Kevin McCarthy**
@SpeakerMcCarthy    Follow
Speaker of the House and Representative of California's 20th District in the House of Representatives.

**What's happening**

MLB · LIVE
**White Sox at Pirates**

Entertainment · Trending
**Joe Rogan**
9,231 Tweets

Music · Trending
**Taylor and Joe**
163K Tweets

Television · Trending
**Sanji**
15K Tweets

Trending in United States
**Shakur**
42.2K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2023 Twitter, Inc.

**Don't miss what's happening**    Log in    Sign up
People on Twitter are the first to know.

