# EXHIBIT 4

4/6/23, 2:40 PM
Case 1:23-cv-03032-MKV    Document 12-4    Filed 04/11/23    Page 2 of 2
@realDonaldTrump's post | Truth Social



← **@realDonaldTrump's post**

Log in    Sign up

**Donald J. Trump** ✓
@realDonaldTrump · 6d

The Judge "assigned" to my Witch Hunt Case, a "Case" that has NEVER BEEN CHARGED BEFORE, HATES ME. His name is Juan Manuel Marchan, was hand picked by Bragg & the Prosecutors, & is the same person who "railroaded" my 75 year old former CFO, Allen Weisselberg, to take a "plea" deal (Plead GUILTY, even if you are not, 90 DAYS, fight us in Court, 10 years (life!) in jail. He strong armed Allen, which a judge is not allowed to do, & treated my companies, which didn't "plead," VICIOUSLY. APPEALING!

**8.87k** ReTruths    **26.4k** Likes                    Mar 31, 2023, 9:50 AM

Reply    ReTruth    Like

## Continue the conversation
Join Truth Social to get the full story and details.

Log in

Sign up

Feed    Discover