# EXHIBIT 5

   Log in   Sign up

← **@realDonaldTrump's post**



**Donald J. Trump** ✓
@realDonaldTrump · Mar 30

Statement by Donald J. Trump, 45th President of the United States of America...


Feed                                       Discover

★★★★★

TRUMP

MAKE AMERICA GREAT AGAIN!

2024

- March 30, 2023 -

## Statement by Donald J. Trump, 45th President of the United States of America

"This is Political Persecution and Election Interference at the highest level in history. From the time I came down the golden escalator at Trump Tower, and even before I was sworn in as your President of the United States, the Radical Left Democrats - the enemy of the hard-working men and women of this Country - have been engaged in a Witch-Hunt to destroy the Make America Great Again movement. You remember it just like I do: Russia, Russia, Russia; the Mueller Hoax; Ukraine, Ukraine, Ukraine; Impeachment Hoax 1; Impeachment Hoax 2; the illegal and unconstitutional Mar-a-Lago raid; and now this.

**20.4k** ReTruths **62.7k** Likes Mar 30, 2023, 6:29 PM

Reply ReTruth Like

**Continue the conversation**

Join Truth Social to get the full story and details.

Feed Discover