# EXHIBIT 5-A



— March 30, 2023 —

# Statement by Donald J. Trump, 45th President of the United States of America

"This is Political Persecution and Election Interference at the highest level in history. From the time I came down the golden escalator at Trump Tower, and even before I was sworn in as your President of the United States, the Radical Left Democrats - the enemy of the hard-working men and women of this Country - have been engaged in a Witch-Hunt to destroy the Make America Great Again movement. You remember it just like I do: Russia, Russia, Russia; the Mueller Hoax; Ukraine, Ukraine, Ukraine; Impeachment Hoax 1; Impeachment Hoax 2; the illegal and unconstitutional Mar-a-Lago raid; and now this.

"The Democrats have lied, cheated and stolen in their obsession with trying to 'Get Trump,' but now they've done the unthinkable - indicting a completely innocent person in an act of blatant Election Interference.

"Never before in our Nation's history has this been done. The Democrats have cheated countless times over the decades, including spying on my campaign, but weaponizing our justice system to punish a political opponent, who just so happens to be a President of the United States and by far the leading Republican candidate for President, has never happened before. Ever.

"Manhattan DA Alvin Bragg, who was hand-picked and funded by George Soros, is a disgrace. Rather than stopping the unprecedented crime wave taking over New York City, he's doing Joe Biden's dirty work, ignoring the murders and burglaries and assaults he should be focused on. This is how Bragg spends his time!

"I believe this Witch-Hunt will backfire massively on Joe Biden. The American people realize exactly what the Radical Left Democrats are doing here. Everyone can see it. So our Movement, and our Party - united and strong - will first defeat Alvin Bragg, and then we will defeat Joe Biden, and we are going to throw every last one of these Crooked Democrats out of office so we can MAKE AMERICA GREAT AGAIN!"