# EXHIBIT 6



← **@realDonaldTrump's post**                          Log in    Sign up



**Donald J. Trump** ✓
@realDonaldTrump · Mar 18

Page 2: NOW ILLEGAL LEAKS FROM A CORRUPT & HIGHLY POLITICAL MANHATTAN DISTRICT ATTORNEYS OFFICE, WHICH HAS ALLOWED NEW RECORDS TO BE SET IN VIOLENT CRIME & WHOSE LEADER IS FUNDED BY GEORGE SOROS, INDICATE THAT, WITH NO CRIME BEING ABLE TO BE PROVEN, & BASED ON AN OLD & FULLY DEBUNKED (BY NUMEROUS OTHER PROSECUTORS!) FAIRYTALE, THE FAR & AWAY LEADING REPUBLICAN CANDIDATE & FORMER PRESIDENT OF THE UNITED STATES OF AMERICA, WILL BE ARRESTED ON TUESDAY OF NEXT WEEK. PROTEST, TAKE OUR NATION BACK!

**30.9k** ReTruths    **86.7k** Likes                    Mar 18, 2023, 7:26 AM

Reply        ReTruth        Like        ...

## Continue the conversation
Join Truth Social to get the full story and details.

Log in

Sign up

Feed        Discover