# EXHIBIT 7

# TRUTH.

Log in    Sign up



**Donald J. Trump** ✓
@realDonaldTrump · Mar 23

WHY WON'T BRAGG DROP THIS CASE? EVERYBODY SAYS THERE IS NO CRIME HERE. I DID NOTHING WRONG! IT WAS ALL MADE UP BY A CONVICTED NUT JOB WITH ZERO CREDIBILITY, WHO HAS BEEN DISPUTED BY HIGHLY RESPECTED PROFESSIONALS AT EVERY TURN. BRAGG REFUSES TO STOP DESPITE OVERWHELMING EVIDENCE TO THE CONTRARY. HE IS A SOROS BACKED ANIMAL WHO JUST DOESN'T CARE ABOUT RIGHT OR WRONG NO MATTER HOW MANY PEOPLE ARE HURT. THIS IS NO LEGAL SYSTEM, THIS IS THE GESTAPO, THIS IS RUSSIA AND CHINA, BUT WORSE. DISGRACEFUL!

**5.87k** ReTruths    **20k** Likes                                Mar 23, 2023, 8:50 AM

Reply    ReTruth    Like

## Continue the conversation
Join Truth Social to get the full story and details.

Log in

Sign up

Feed    Discover