# EXHIBIT 8



Log in  Sign up

← **@realDonaldTrump's post**

 **Donald J. Trump** ✓
@realDonaldTrump · Mar 24

What kind of person can charge another person, in this case a former President of the United States, who got more votes than any sitting President in history, and leading candidate (by far!) for the Republican Party nomination, with a Crime, when it is known by all that NO Crime has been committed, & also known that potential death & destruction in such a false charge could be catastrophic for our Country? Why & who would do such a thing? Only a degenerate psychopath that truely hates the USA!

**6.72k** ReTruths   **25.3k** Likes                              Mar 24, 2023, 1:08 AM

Reply    ReTruth    Like

## Continue the conversation
Join Truth Social to get the full story and details.

Log in

Sign up

Feed    Discover