# EXHIBIT 9

 Donald J. Trump ReTruthed



**Wayne Allyn Root** ✅
@realwayneroot · Mar 23

rootforamerica.com/democrats-w...

---

**Democrats Want to Indict & Arrest President Trump. They Want a War? Let's Give It To Them. - Wayne Allyn Root**

By Wayne Allyn Root

🔗 Wayne Allyn Root

---

💬 332    🔁 1.97k    ♡ 7.41k    ⬆