# EXHIBIT 17






Search

## Tweet

**Rep. Jim Jordan** @Jim_Jordan

Outrageous.

5:48 PM · Mar 30, 2023 · **2.9M** Views

**3,084** Retweets **951** Quotes **27.1K** Likes **33** Bookmarks

**Jake Holderman, PhD** @Jakeholderman82 · Mar 30
Replying to @Jim_Jordan
Trump just won 2024
651 39 268 19.4K

**Kevin** @TheKevinDent · Mar 31
Replying to @Jakeholderman82 and @Jim_Jordan
2024? Lol stupid
1 410

**David Weissman** @davidmweissman · Mar 30
Replying to @Jim_Jordan
Cry more, lock his ass up.
72 49 1,717 29.1K

**Jake Wilund** @JakeWilund · Mar 30
Replying to @davidmweissman and @Jim_Jordan
Bide your time wisely. War is coming.
17 1 3 909

Show replies

**Matt Walton** @themattwalton · Mar 30
Replying to @Jim_Jordan
Totally. And this is just the first.

4 4 160 23.3K

**Luke Zaleski** @ZaleskiLuke · Mar 30
Replying to @Jim_Jordan
the same playbook every time
trump's 8 stages of guilty:
1. I didn't do it

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Rep. Jim Jordan** @Jim_Jordan Follow
Proudly serving Ohio's beautiful Fourth District. Chairman @JudiciaryGOP, @Weaponization. Fighting to #DoWhatWeSaid

## What's happening

MLB · LIVE
**Mariners at Guardians**

Entertainment · Trending
**Joe Rogan**
9,231 Tweets

Music · Trending
**Taylor and Joe**
163K Tweets

Sports · Trending
**Mike Tyson**
29.4K Tweets

Sports · Trending
**Izzy**
193K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

5. The law is illegal
6. Prove it!
7️⃣ What happened didn't happen
8️⃣ It's fine, I did it; I'll do it again

💬 28   🔁 43   ♡ 299   📊 7,028   ⬆️

**Adam Schrader** ✓ @Schrader_Adam · Mar 30
Replying to @Jim_Jordan
I guess Republicans don't believe in the legal system. I figured that Republicans supported Grand Juries and the court of law.

💬 40   🔁 12   ♡ 792   📊 23.8K   ⬆️

Show replies

**Tim Wise** ✓ @timjacobwise · Mar 30
Replying to @Jim_Jordan
I agree. It is outrageous that you covered up sexual assault at Ohio State. You should be in jail too.

💬 9   🔁 64   ♡ 1,657   📊 42.6K   ⬆️

Show replies

**Molly Jong-Fast** ✓ @MollyJongFast · Mar 30
Replying to @Jim_Jordan
You okay

💬 11   🔁 3   ♡ 188   📊 25.6K   ⬆️

Show replies

**Turner Wright** ✓ @onceatraveler · Mar 30
Replying to @Jim_Jordan
That he hadn't been arrested and charged earlier? Agreed.

💬 4   🔁 3   ♡ 276   📊 12K   ⬆️

**John Latimer** ✓ @JohnMLatimer · Mar 30
Replying to @Jim_Jordan and @ryanstruyk
Go wild, Jimmy.

💬   🔁   ♡ 15   📊 17.7K   ⬆️

**Morgan Cameron Ross** ✓ @Morgan_C_Ross · Mar 30
Replying to @Jim_Jordan
How it started vs how it's going.



💬 11   🔁 93   ♡ 590   📊 39.4K   ⬆️

**Mike Drucker** ✓ @MikeDrucker · Mar 30
Replying to @Jim_Jordan

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

[ Sign up with Apple ]
[ Create account ]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Rep. Jim Jordan** ✓
@Jim_Jordan    [ Follow ]
Proudly serving Ohio's beautiful Fourth District. Chairman @JudiciaryGOP, @Weaponization. Fighting to #DoWhatWeSaid

**What's happening**

MLB · LIVE
**Mariners at Guardians**

Entertainment · Trending
**Joe Rogan**
9,231 Tweets

Music · Trending
**Taylor and Joe**
163K Tweets

Sports · Trending
**Mike Tyson**
29.4K Tweets

Sports · Trending
**Izzy**
193K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.     [ Log in ]   [ Sign up ]

**Mike Denison** @mikd33 · Mar 30
Replying to @Jim_Jordan
Not really
💬   ♺   ♡ 32   📊 13.3K   ⬆️

**PopWrapped** @PopWrapped · Mar 30
Replying to @Jim_Jordan
His behaviour sure was!
💬 1   ♺ 1   ♡ 16   📊 9,557   ⬆️

**Terry Kinney** @RealTerryKinney · Mar 30
Replying to @Jim_Jordan
Awww. We'll make a note of that.
💬   ♺ 1   ♡ 95   📊 18.8K   ⬆️

**Mike McGranaghan** @AisleSeat · Mar 30
Replying to @Jim_Jordan



▶ GIF   ALT
💬 1   ♺   ♡ 19   📊 2,583   ⬆️

**Chris Cope** @ChrisCopeComedy · Mar 30
Replying to @Jim_Jordan
Hahahahahhahahahahahahahahhahahahahahahhahahahahahahahahhahaha.
💬 2   ♺ 2   ♡ 180   📊 21K   ⬆️

**russ bengtson (very fried)** 🐋 @russbengtson · Mar 30
Replying to @Jim_Jordan
cry more
💬   ♺ 1   ♡ 190   📊 20.3K   ⬆️

**Bill Roorbach** @billroorbach · Mar 30
Replying to @Jim_Jordan
You're next, traitor
💬 8   ♺ 4   ♡ 341   📊 11.9K   ⬆️

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**



**Rep. Jim Jordan** ✓
@Jim_Jordan                    Follow

Proudly serving Ohio's beautiful Fourth District. Chairman @JudiciaryGOP, @Weaponization. Fighting to #DoWhatWeSaid

**What's happening**

MLB · LIVE
**Mariners at Guardians**


Entertainment · Trending
**Joe Rogan**
9,231 Tweets

Music · Trending
**Taylor and Joe**
163K Tweets

Sports · Trending
**Mike Tyson**
29.4K Tweets

Sports · Trending
**Izzy**
193K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up

Replying to @Jim_Jordan
Sure is! Let's all dance! #TrumpIndictment



youtube.com
Lakeside - Outrageous
Funk from 1984!

💬    ↻ 1    ♡ 14    📊 2,288    ↑

**ChadLindberg** ✓ @ChadLindberg · Mar 30
Replying to @Jim_Jordan
Drink it in Buttercup!!! ✨
💬 1    ↻ 1    ♡ 66    📊 11.1K    ↑

**Machine Pun Kelly** 🇺🇦 ✓ @KellyScaletta · Mar 30
Replying to @Jim_Jordan
Why?
💬    ↻ 1    ♡ 27    📊 6,287    ↑

**Bobby Pearce** ✓ @bobbypearce · Mar 30
Replying to @Jim_Jordan
I agree.



💬 2    ↻ 9    ♡ 70    📊 3,497    ↑

**Steve Coulter** ✓ @coulter28 · Mar 30
Replying to @Jim_Jordan
I know, right? Thank goodness he was indicted.
💬 6    ↻ 2    ♡ 535    📊 19.3K    ↑

Show replies

**Some Velvet Blog** ✓ @somevelvetblog · Mar 30
Replying to @Jim_Jordan
It is. It shouldn't have taken this long, #WokeGym. #LockHimUp
💬    ↻ 1    ♡ 12    📊 2,590    ↑

---

## New to Twitter?
Sign up now to get your own personalized timeline!

 Sign up with Apple 

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people



**Rep. Jim Jordan** ✓    Follow
@Jim_Jordan

Proudly serving Ohio's beautiful Fourth District. Chairman @JudiciaryGOP, @Weaponization. Fighting to #DoWhatWeSaid

### What's happening

MLB · LIVE
**Mariners at Guardians**



Entertainment · Trending
**Joe Rogan**
9,231 Tweets

Music · Trending
**Taylor and Joe**
163K Tweets

Sports · Trending
**Mike Tyson**
29.4K Tweets

Sports · Trending
**Izzy**
193K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···
© 2023 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up





**New to Twitter?**

Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the **Terms of Service** and **Privacy Policy**, including **Cookie Use.**

**Relevant people**



**Rep. Jim Jordan** 
@Jim_Jordan

Proudly serving Ohio's beautiful Fourth District. Chairman @JudiciaryGOP, @Weaponization. Fighting to #DoWhatWeSaid

Follow

**What's happening**

MLB · LIVE
**Mariners at Guardians**



Entertainment · Trending
**Joe Rogan**
9,231 Tweets

Music · Trending
**Taylor and Joe**
163K Tweets

Sports · Trending
**Mike Tyson**
29.4K Tweets

Sports · Trending
**Izzy**
193K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up




New to Twitter?

Sign up now to get your own personalized timeline!

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people

Rep. Jim Jordan
@Jim_Jordan
Follow

Proudly serving Ohio's beautiful Fourth District. Chairman @JudiciaryGOP, @Weaponization. Fighting to #DoWhatWeSaid

What's happening

MLB · LIVE
Mariners at Guardians



Entertainment · Trending
Joe Rogan
9,231 Tweets

Music · Trending
Taylor and Joe
163K Tweets

Sports · Trending
Mike Tyson
29.4K Tweets

Sports · Trending
Izzy
193K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up