# EXHIBIT 20

4/9/23, 3:32 PM
Rep. Wesley Hunt Press Office on Twitter: "Rep. Hunt joined @foxandfriends this morning to discuss @JudiciaryGOP's subpoena …

Case 1:23-cv-03032-MKV   Document 12-21   Filed 04/11/23   Page 2 of 5







← **Tweet**

⇄ Rep. Jim Jordan Retweeted

**Rep. Wesley Hunt Press Office** ✔
@RepWPH

Rep. Hunt joined @foxandfriends this morning to discuss @JudiciaryGOP's subpoena of Mark Pomerantz and Alvin Bragg's weaponization of the judicial system against President Trump.  WATCH ⬇️



10:09 AM · Apr 7, 2023 · **56.3K** Views

**169** Retweets   **11** Quotes   **652** Likes   **2** Bookmarks

💬        ⇄        ♡        🔖        ⬆️



**Carmine Sabia** ✔ @CarmineSabia · Apr 7
Replying to @RepWPH @Jim_Jordan and 2 others

Jordan's about to hold them accountable for everything.



conservativebrief.com
'Can Be Imprisoned': Jim Jordan 'Building Case' To Issue Criminal Referr…
The gloves are off.

💬 13        ⇄ 1        ♡ 8        📊 359        ⬆️



**StopWokeCulture** 🇺🇸 @MkayUokay · Apr 7
Replying to @RepWPH @Jim_Jordan and 2 others

A couple of days ago @kilmeade was saying he had hoped Bragg would have gagged Trump, thereby reducing his ability to speak in his own defense.

💬 2        ⇄        ♡        📊 94        ⬆️

**New to Twitter?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

  Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

 **Rep. Wesley Hunt …** ✔   **Follow**
@RepWPH

Press Office of Congressman Hunt proudly working for #TX38 and serving on @JudiciaryGOP @NatResources & @HouseSmallBiz.
Tweets from Rep. Hunt are signed

 **House Committee on Natura…** ✔
@NatResources

U.S. House Committee on Natural Resources, led by Chairman Bruce Westerman.

**1,362** Following   **26.6K** Followers

Republicans | Est. 1813 | Chairman @Jim_Jordan

**What's happening**

MLB · LIVE
**Astros at Twins**



Sports · Trending
**Albert Abreu**                    •••

Trending in United States
**14 REB**                          •••
1,424 Tweets

Sports · Trending
**Frank Vogel**                     •••

Sports · Trending
**Kenny Atkinson**                  •••

Show more

**Don't miss what's happening**
People on Twitter are the first to know.        Log in    Sign up

Rep. Wesley Hunt Press Office on Twitter: "Rep. Hunt joined @foxandfriends this morning to discuss @JudiciaryGOP's subpoena …

💬 1    🔁 1    ♥ 5    📊 101    ⬆️

Show more replies

## More Tweets



Ron DeSantis ✔️ @GovRonDeSantis · 8h    ···

HE IS RISEN

Happy Easter

💬 3,051    🔁 3,856    ♥ 42.4K    📊 1.1M    ⬆️

Jack Poso 🇺🇸 @JackPosobiec · 16h    ···
BREAKING: UFC crowd breaks out in USA! USA! USA! chant as Trump rises
and waves at the area



From nip00

## New to Twitter?

Sign up now to get your own personalized timeline!

🍎 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

### Relevant people

 **Rep. Wesley Hunt …** ✔️    Follow
@RepWPH
Press Office of Congressman Hunt
proudly working for #TX38 and
serving on @JudiciaryGOP
@NatResources & @HouseSmallBiz.
Tweets from Rep. Hunt are signed
WPH.

 **FOX & friends** ✔️    Follow
@foxandfriends
America's #1 cable morning news
show

 **House Judiciary G…** ✔️    Follow
@JudiciaryGOP
Official Twitter for the House
Committee on the Judiciary,
Republicans | Est. 1813 | Chairman
@Jim_Jordan

### What's happening

MLB · LIVE    
**Astros at Twins**

Sports · Trending    ···
**Albert Abreu**

Trending in United States    ···
**14 REB**
1,424 Tweets

Sports · Trending    ···
**Frank Vogel**

Sports · Trending    ···
**Kenny Atkinson**

Show more

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

4/9/23, 3:32 PM

Case 1:23-cv-03032-MKV    Document 12-21    Filed 04/11/23    Page 4 of 5

Rep. Wesley Hunt Press Office on Twitter: "Rep. Hunt joined @foxandfriends this morning to discuss @JudiciaryGOP's subpoena …



He is Risen!

We are free!

#ResurrectionSunday



💬 2,323    🔁 4,070    🤍 26.6K    📊 566.4K    ⬆️

 **Catturd ™** ✔ @catturd2 · 17h                    ···
What a POS!

🟥 **New York Post** ✔ @nypost · 18h
Kamala Harris ripped for meeting expelled Tenn. Dems — and not mass
shooting victims trib.al/FRfj5F1

 

💬 1,395    🔁 4,810    🤍 26.3K    📊 766.3K    ⬆️

 **Jack Poso** 🇺🇸 @JackPosobiec · 23h          ···
BREAKING: Greg Abbott vows to pardon Sgt. Daniel Perry after conviction by
Soros prosecutor

 

## New to Twitter?

Sign up now to get your own personalized timeline!

⬛ Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

## Relevant people

 **Rep. Wesley Hunt …** ✔        **Follow**
@RepWPH
Press Office of Congressman Hunt
proudly working for #TX38 and
serving on @JudiciaryGOP
@NatResources & @HouseSmallBiz.
Tweets from Rep. Hunt are signed
WPH.

 **FOX & friends** ✔              **Follow**
@foxandfriends
America's #1 cable morning news
show

 **House Judiciary G…** ✔        **Follow**
@JudiciaryGOP
Official Twitter for the House
Committee on the Judiciary,
Republicans | Est. 1813 | Chairman
@Jim_Jordan

## What's happening

MLB · LIVE
**Astros at Twins**                    

Sports · Trending                      ···
**Albert Abreu**

Trending in United States              ···
**14 REB**
1,424 Tweets

Sports · Trending                      ···
**Frank Vogel**

Sports · Trending                      ···
**Kenny Atkinson**

Show more

**Don't miss what's happening**                    Log in    Sign up
People on Twitter are the first to know.

4/9/23, 3:32 PM
Case 1:23-cv-03032-MKV Document 12-21 Filed 04/11/23 Page 5 of 5
Rep. Wesley Hunt Press Office on Twitter: "Rep. Hunt joined @foxandfriends this morning to discuss @JudiciaryGOP's subpoena …




💬 1,057   �retweet 4,521   ♥ 23.4K   📊 844.6K   ⬆️


**Collin Rugg** ✔️ @CollinRugg · 23h   ···

BREAKING: Greg Abbott announces he will pardon Daniel Perry who was convicted of murdering a BLM protester who threatened his life.

God bless Texas.



trendingpoliticsnews.com
BREAKING: Greg Abbott Announces He Will Pardon Daniel Perry After …
Moments ago, Texas Governor Greg Abbott announced he will work to pardon the former Army Sergeant Daniel Perry, who was convicted of …

👥 **Readers added context they thought people might want to know**   →

Unlike the president and other states, the Texas Constitution requires the parole board to recommend a pardon before a governor could act.
texastribune.org/2023/04/08/gre….
Greg Abbott:
twitter.com/GregAbbott_TX/...

Context is written by people who use Twitter, and appears when rated helpful by others. Find out more.

💬 954   �r 4,055   ♥ 22.5K   📊 704K   ⬆️


**Benny Johnson** ✔️ @bennyjohnson · 16h   ···

Massive crowd at UFC Miami chants "U-S-A" after Trump greets crowd 🇺🇸



**New to Twitter?**
Sign up now to get your own personalized timeline!

 Sign up with Apple
 Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

 **Rep. Wesley Hunt …** ✔️   Follow
@RepWPH
Press Office of Congressman Hunt proudly working for #TX38 and serving on @JudiciaryGOP @NatResources & @HouseSmallBiz. Tweets from Rep. Hunt are signed WPH.

 **FOX & friends** 🟡   Follow
@foxandfriends
America's #1 cable morning news show

 **House Judiciary G…** ✔️   Follow
@JudiciaryGOP
Official Twitter for the House Committee on the Judiciary, Republicans | Est. 1813 | Chairman @Jim_Jordan

**What's happening**

MLB · LIVE
**Astros at Twins**   

Sports · Trending
**Albert Abreu**   ···

Trending in United States
**14 REB**
1,424 Tweets   ···

Sports · Trending
**Frank Vogel**   ···

Sports · Trending
**Kenny Atkinson**   ···

Show more

**Don't miss what's happening**
People on Twitter are the first to know.
Log in   Sign up