# EXHIBIT 20-A

Exhibit in Video Format and to be provided at the Court's discretion.