# EXHIBIT 30

4/9/23, 11:59 PM  Rep. Marjorie Taylor Greene us on Twitter: "Now it's time to arrest Manhattan DA Alvin Bragg for prosecutorial misconduct after hidi…

Case 1:23-cv-03032-MKV   Document 12-32   Filed 04/11/23   Page 2 of 2

