# EXHIBIT 32



Log in   Sign up

**Donald J. Trump** ✓
@realDonaldTrump · Mar 29

I HAVE GAINED SUCH RESPECT FOR THIS GRAND JURY, & PERHAPS EVEN THE GRAND JURY SYSTEM AS A WHOLE. THE EVIDENCE IS SO OVERWHELMING IN MY FAVOR, & SO RIDICULOUSLY BAD FOR THE HIGHLY PARTISAN & HATEFUL DISTRICT ATTORNEY, THAT THE GRAND JURY IS SAYING, HOLD ON, WE ARE NOT A RUBBER STAMP, WHICH MOST GRAND JURIES ARE BRANDED AS BEING, WE ARE NOT GOING TO VOTE AGAINST A PREPONDERANCE OF EVIDENCE OR AGAINST LARGE NUMBERS OF LEGAL SCHOLARS ALL SAYING THERE IS NO CASE HERE. DROP THIS SICK WITCH HUNT, NOW!

**5.64k** ReTruths   **21.3k** Likes

Mar 29, 2023, 8:04 AM

Reply          ReTruth          Like

## Continue the conversation
Join Truth Social to get the full story and details.

Log in

Sign up

Feed          Discover