# EXHIBIT 33

Case 1:23-cv-03032-MKV   Document 12-35   Filed 04/11/23   Page 2 of 3

4/10/23, 12:20 AM          Kevin McCarthy on Twitter: "Alvin Bragg is abusing his office to target President Trump while he's reduced a majority of felonies, i…

\# Explore

⚙ Settings

← Tweet

**Kevin McCarthy** ✓
@SpeakerMcCarthy

Alvin Bragg is abusing his office to target President Trump while he's reduced a majority of felonies, including violent crimes, to misdemeanors. He has different rules for political opponents.

Republicans stopped the radical DC crime law, and we will investigate any use of federal funds that are used to facilitate the perversion of justice by Soros-backed DA's across the country.

3:33 PM · Mar 19, 2023 · **5.6M** Views

**Mr. Newberger** ✓ @jeremynewberger · Mar 19
Replying to @SpeakerMcCarthy
It's hard not to imagine your tweet coming after a forceful phone call from Trump, one where he threatens you, and calls you a feckless douche nozzle.

💬 69       ↻ 64       ♡ 2,034       📊 55.1K       ⤴

**Strange Times We Live In…** ✓ @RDTB84 · Mar 19
Replying to @jeremynewberger and @SpeakerMcCarthy
This is a great example of why there's no reason for DeSantis to make a statement on the Trump situation.

💬 12       ↻         ♡ 239       📊 37.9K       ⤴

🕷**Dante Atkins**🕷 ✓ @DanteAtkins · Mar 19
Replying to @SpeakerMcCarthy
Kevin: Trump is going to be indicted for illegal hush money payments to cover his cheating on his wife with an adult actress. Then he's going to be indicted for pressuring the GA SoS to "find him more votes." Then he's going to be indicted for organizing a violent riot. Shhhhh.

💬 473       ↻ 50       ♡ 593       📊 50.4K       ⤴

**Scar** ✓ @realScar2024 · Mar 19
Replying to @DanteAtkins and @SpeakerMcCarthy

cnbc.com
Amid publicity tour, porn star Stormy Daniels denies having an affair w…
Adult film star Stormy Daniels said in a statement on Tuesday the alleged affair with Donald Trump never occurred.

**New to Twitter?**
Sign up now to get your own pers

G  Sign up with G

 Sign up with /

Create accoun

By signing up, you agree to the Te Privacy Policy, including Cookie U

**Relevant people**

**Kevin McCarthy** ✓
@SpeakerMcCarthy
Speaker of the Hou Representative of C District in the Hous Representatives.

**What's happening**

MLB · Yesterday
**White Sox at Pirates**

Politics · Trending
**World War III**
30K Tweets

Trending in United States
**Mariana**
30K Tweets

Korean music · Trending
**haechan**
163K Tweets

Politics · Trending
**Taiwan**
193K Tweets

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More …
© 2023 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.



See what's happening

Log in       S

🔍

# Explore

Join Twitter to get the full story with all the live commentary.

⚙ Settings

Log in

Sign up

Don't miss what's happening
People on Twitter are the first to know.

Log in    S