# EXHIBIT 34

# FINAL REPORT

OF THE

# SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL



December 22, 2022
Committed to the Committee of the Whole House on the
State of the Union and ordered to be printed

U.S. GOVERNMENT PUBLISHING OFFICE
WASHINGTON : 2022

49-937

For sale by the Superintendent of Documents, U.S. Government Publishing Office
Internet: bookstore.gpo.gov  Phone: toll free (866) 512-1800; DC area (202) 512-1800
Fax: (202) 512-2104  Mail: Stop IDCC, Washington, DC 20402-0001

But who knows what would have happened if Trump's mob had succeeded in stopping us from doing our job? Who knows what sort of constitutional grey zone our country would have slid into? Who would have been left to correct that wrong?

As required by House Resolution 503, which established the Select Committee, we've explored in great detail the facts, circumstances, and causes of the attack. This report will provide new details that supplement those findings the committee already presented during our hearings.

But there are some questions for which there are still no clear answers, even if all the facts, circumstances, and causes are brought to bear. The "What If?" questions. For the good of American democracy, those questions must never again be put to the test. So, while it's important that this report lays out what happened, it's just as important to focus on how to make sure that January 6th was a one-time event—to identify the ongoing threats that could lead us down that dangerous path again—with hopes and humble prayers that the committee's work is carried on through corrective action.

This report will provide greater detail about the multistep effort devised and driven by Donald Trump to overturn the 2020 election and block the transfer of power. Building on the information presented in our hearings earlier this year, we will present new findings about Trump's pressure campaign on officials from the local level all the way up to his Vice President, orchestrated and designed solely to throw out the will of the voters and keep him in office past the end of his elected term.

As we've shown previously, this plan faltered at several points because of the courage of officials (nearly all of them Republicans) who refused to go along with it. Donald Trump appeared to believe that anyone who shared his partisan affiliation would also share the same callous disregard for his or her oath to uphold the rule of law. Fortunately, he was wrong.

The failure of Trump's plan was not assured. To the contrary, Trump's plan was successful at several turns. When his scheme to stay in power through political pressure hit roadblocks, he relentlessly pushed ahead with a parallel plan: summoning a mob to gather in Washington, DC on January 6th, promising things "will be wild!"

That mob showed up. They were armed. They were angry. They believed the "Big Lie" that the election had been stolen. And when Donald Trump pointed them toward the Capitol and told them to "fight like hell," that's exactly what they did.

Donald Trump lit that fire. But in the weeks beforehand, the kindling he ultimately ignited was amassed in plain sight.



## 6

## "BE THERE, WILL BE WILD!"

On December 14, 2020, electors around the country met to cast their Electoral College votes. Their vote ensured former Vice President Joe Biden's victory and cemented President Donald J. Trump's defeat. The people, and the States, had spoken. Members of President Trump's own Cabinet knew the election was over. Attorney General William Barr viewed it as "the end of the matter."[1] Secretary of State Mike Pompeo and Secretary of Labor Eugene Scalia concurred.[2] That same day, Scalia told President Trump directly that he should concede defeat.[3]

President Trump had no intention of conceding. As he plotted ways to stay in power, the President summoned a mob for help.

At 1:42 a.m., on December 19th, President Trump tweeted: "Big protest in D.C. on January 6th. Be there, will be wild!"[4]

The President's tweet galvanized tens of thousands of his supporters around the country. President Trump had been lying to them since election day, claiming he won, and that the Democrats had stolen victory from him. Now, with a single tweet, the President focused his supporters' anger on the joint session of Congress in Washington, DC on January 6th.

Anika Navaroli, the longest-tenured member of Twitter's Trust and Safety Policy team, monitored the reaction to President Trump's "be wild" tweet. She told the Select Committee that the President was "essentially staking a flag in DC ... for his supporters to come and rally."[5] The tweet created a "fire hose" of calls to overthrow the U.S. Government. President Trump's supporters had a new sense of urgency because they felt "as if their Commander in Chief" had summoned them.[6]

For many extremists and conspiracy theorists, the President's announcement was a call to arms.[7]

For the Proud Boys—described in more detail below—and their leader, Henry "Enrique" Tarrio, President Trump's tweet set in motion a chain of events that led directly to the attack on the U.S. Capitol. In the days that followed, the Proud Boys reorganized their hierarchy, imposed a stricter