# EXHIBIT 35



Log in    Sign up

← **@realDonaldTrump's post**



**Donald J. Trump** ✓
@realDonaldTrump · 1d

Racist Columnist Charles Blowhard of the Failing New York Times, a sick degenerate who doesn't like our Country or the values that made it great, prior to its massive FAILURE over the last two years, writes that I should be prosecuted by Radical Left, Soros Backed Lunatics, even without evidence, because I'm WHITE. What has our Country come to? With Blowhard's racist words and innuendo, dumb as he is, bad things happen, and we are now a Nation in Decline being stupidly led into World War III.

**6.04k** ReTruths    **20.4k** Likes                                    Mar 30, 2023, 9:23 AM

Reply        ReTruth        Like        ⬆        ···

## Continue the conversation

Join Truth Social to get the full story and details.

Log in

Sign up

Feed    Discover