# EXHIBIT 37



Log in     Sign up

← **@realDonaldTrump's post**



**Donald J. Trump** ✓
@realDonaldTrump · Mar 31

Matthew Collangelo left the DOJ in Washington, D.C., to work with Bragg at the Manhattan District Attorney's Office to "GET TRUMP." Also, don't forget Clinton Lawyer Mark Pomerantz, who left private practice to become a D.A. Prosecutor of President Donald J. Trump, only to leave during the investigative process to sell a book, and tainting the entire case, heretofore unheard of "stuff." It's not supposed to work that way. ELECTION INTERFERENCE, KANGAROO COURT!

**5.65k** ReTruths    **18.1k** Likes                              Mar 31, 2023, 12:39 PM

Reply    ReTruth    Like    ⋯

## Continue the conversation

Join Truth Social to get the full story and details.

Log in

Sign up

Feed     Discover