# EXHIBIT 38



ADVERTISEMENT

CRIME

## Manhattan DA Alvin Bragg inundated with racist emails, death threats amid Trump indictment; 'We are everywhere and we have guns'

By Molly Crane-Newman
New York Daily News • Mar 31, 2023 at 8:05 pm

 

---

TODAY'S TOP VIDEOS

Top Videos: - NHL Top Plays of the Week

Rays win again | FastCast
MLB | 8:39

4/9/23: Top 5 Plays of the Day
MLB | 1:07

Ueda Kicks Off Bank of Japan Governorship
Business | 1:34

Francona on win over Mariners
MLB | 1:26

Bentley Gives the World Its First Ultra-Luxury SUV
Technology | 1:11

2 Chainz Finds Out How Cats Mate
Arts and entertainment | 0:39

How to Make Herb Oil
Lifestyle | 0:42

How to Make the Perfect Classic BLT
Lifestyle | 0:43

Top Videos: - NHL Top Plays of the Week
Top Goalie Saves, Short Goals of the Week, 04/09/2023

Privacy - Terms

Listen to this article



Manhattan District Attorney Alvin Bragg has been inundated with racist death threats amid his office's [historic indictment of former President Donald Trump](#), the Daily News has learned.

Included in a litany of profane, typo-laden emails sent to Bragg on the heels of Trump's [Thursday indictment](#) were overtly racist and anti-Semitic insults and threats on the DA's life.

**Top Stories**

01:04                                                                          01:12

**6 wounded in senior skip day shooting on South Carolina beach**



≡ **DAILY●NEWS** 🔍

$1 FOR 6 MONTHS
Offer ends soon

LOG IN



Brooklyn man, 83, just released from hospital for pacemaker when stabbed...



Trump's arrest went down first class: Donald got to skip all the worst parts of being...



Six-month search for Manhattan tattoo artist ends steps from his Midtown...

Man fatally shot inside Harlem smoke shop



DA Alvin Bragg (Theodore Parisienne/for New York Daily News)

"Hay George Soros a** hole puppet If you want President Trump come and get me to," read one email. "Remember we are everywhere and we have guns."

Trump was indicted Thursday by a Manhattan grand jury in the Stormy Daniels hush money probe, a historic legal development marking the first criminal charges ever brought against a current or former U.S. president. He is expected to surrender Tuesday and face arraignment in Manhattan Supreme Court.

People apparently unhappy about Bragg's still-sealed indictment against Trump targeted multiple email addresses associated with Bragg's website. The correspondence was shared exclusively with the Daily News by a senior adviser to Bragg, who asked to remain anonymous.

ADVERTISEMENT

"How do we a a [n----r] like you removed feom office?" read another email.

Racial slurs, fake names and threats: Anti-Bragg emails swarm district attorney after Trump indictment, anger everywhere and we have g…

 **Top Stories**

00:11                                                                 01:12

On a section of Bragg's campaign website, where people can sign up to receive updates about Bragg's work, scores of people entered fake names using racial epithets targeting the DA. The majority included despicable language like "bl*** trash [f----r]" and "Aids Infested…"

The charges against Trump are expected to remain under seal until he appears in court next week. He reportedly faces more than 30 counts, including at least one felony, related to business fraud and hush money payoffs to women on the eve of the 2016 election, with whom he allegedly cheated on his wife, Melania.

The largely anonymous onslaught comes as Trump's incendiary rhetoric directed at Bragg, widely condemned as both violent and racist, escalates to a fever pitch following his indictment. Bragg is Manhattan's first Black district attorney.

4/10/23, 6:54 AM
Case 1:23-cv-08032-MKV Document 12-1 Filed 04/11/23 Page 6 of 7
Donald Trump's now-enraged audience with violent threats, death threats about Trump indictment, anger everywhere and we have g…



FILE - Former President Donald Trump speaks with reporters while in flight on his plane after a campaign rally at Waco Regional Airport, in Waco, Texas, March 25, 2023, while en route to West Palm Beach, Fla. (Evan Vucci/AP)

Within 24 hours of being notified of his indictment, the former president fired off more than 50 posts to his Truth Social account.

The string of provocative posts adds to a mountain Trump has published in recent weeks, aggressively aiming at Bragg and calling him a George "Soros-backed animal" in comments denounced as racist and anti-Semitic.

Right-wing conspiracy theorists frequently invoke Soros, a Jewish billionaire philanthropist supportive of progressive causes. On Friday, Soros confirmed on Twitter that he didn't know Bragg and didn't even donate to his campaign.

In one Truth Social post, Trump shared an article with a photo of him standing with a baseball bat next to a picture of Bragg, sparking immediate condemnation and concern.



**The Daily News Flash**

Weekdays

Catch up on the day's top five stories every weekday afternoon.

By submitting your email to receive this newsletter, you agree to our **Subscriber Terms & Conditions** and **Privacy Policy**.

| ENTER YOUR EMAIL ADDRESS | > |
|---|---|

Trump, in another post, threatened that there would be "death and destruction" if he were arrested in Bragg's probe. That came amid a set of bogus bomb threats and a white powder scare in the DA's mail room last week.

A federal judge overseeing his civil rape case, headed to trial next month in Manhattan, cited Trump's comments as a potential incitement to violence in ruling the jurors who will weigh the case will remain anonymous.

Rev. Al Sharpton on Friday condemned Trump's openly hostile posts as abhorrent.

"I am outraged at the absolute racist and life-threatening troves that the district attorney has been subjected to, and we continue to fear for his safety and that of his family," Sharpton said. "For him to be subjected to this is a threat to all of us, and we will not stand by silently and watch him be targeted."

The Rev added that "the status, stature, and wealth" of a person shouldn't determine how justice is dispensed. He told The News there was no question in his mind as to whether Trump's rhetoric has emboldened his supporters to threaten the DA.

"I think that Trump, by re-posting that picture of him with the bat next to the DA's head and his statements that death and destruction would follow his being indicted — where he has now been indicted — and other provocative statements give inspiration to anyone who may even be crazed to enact something that is not only criminal but could be life threatening."



Sponsored

**This Year's Kia Lineup Is Turning Heads -- And Finally On Sale!**

Best Kia Deals | Search Ads | Sponsored

Learn More

**Purpose in action means keeping communities thriving.**

Edward Jones | Sponsored

**Amazon Hates When People Do This, But They Can't Stop You**

ExpertsInMoney.co | Sponsored

Learn more

**Chrome Users? Don't Forget To Do This Before Monday**

guard.io | Sponsored

Learn More

**The Volkswagen Bus Is Back With A Vengance**

The New VW Bus | Sponsored

Learn More