# EXHIBIT 39

4/10/23, 6:58 AM                    Ronny Jackson on Twitter: "This is a dark day in American history. President Trump's only "crime" was MAKING AMERICA GREA…

Case 1:23-cv-03032-MKV   Document 12-42   Filed 04/11/23   Page 2 of 2



# Tweet

**Ronny Jackson**
@RonnyJacksonTX

This is a dark day in American history. President Trump's only "crime" was MAKING AMERICA GREAT AGAIN! These cowardly Democrats HATE Trump and HATE his voters even more. When Trump wins, THESE PEOPLE WILL PAY!!

5:35 PM · Mar 30, 2023 · **412.8K** Views

**2,204** Retweets  **291** Quotes  **8,408** Likes  **19** Bookmarks

**Harris Peskin for democracy** @HarrisPeskin · Mar 30
Replying to @RonnyJacksonTX
Cry harder please.
9   12   462   17.5K

Show replies

**Christian Christensen** @ChrChristensen · Mar 30
Replying to @RonnyJacksonTX
"These people will pay!!"

You say the same when poor African-Americans are charged with crimes?
5   138   7,673

Show replies

**Ben Ross** @BenRossTweets · Mar 30
Replying to @RonnyJacksonTX



20   5,606

Show more replies

## See what's happening

Join Twitter to get the full story with all the live commentary.

---

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Ronny Jackson**
@RonnyJacksonTX
Follow

Congressman for #TX13 | Former White House Physician & Retired Navy Rear Admiral | Texan, Veteran, Physician, Leader

**What's happening**

NHL · Last night
**Avalanche at Ducks**

Trending in United States
**Red Pill**
3,901 Tweets

Trending in United States
**Omar Sharif**

Music · Trending
**Julián Figueroa**
17.4K Tweets

Trending in United States
**The Bad Batch**
1,827 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.   Log in   Sign up