# EXHIBIT 40

4/10/23, 7:01 AM    Rep. Dan Bishop on Twitter: "I saw to it in the January speaker negotiations that the Select Weaponization Subcommittee be fully …

Case 1:23-cv-03032-MKV   Document 12-43   Filed 04/11/23   Page 2 of 3

#  



**Rep. Dan Bishop** @RepDanBishop · Mar 31

Using state prosecutorial authority, especially in an unusual way, for political retaliation against a former president and/or to intimidate or manipulate his presidential candidacy violates the United States Constitution.

💬 73   🔁 255   ♥ 812   📊 24.3K   ⬆️

**Rep. Dan Bishop** @RepDanBishop · Mar 31

Everyone recognizes this is happening in New York. Some whose political spite for President Trump is boundless — and who may not appreciate the dangers of this precedent — are gleeful, but the fact that political motivations are operating no one really doubts.

💬 5   🔁 8   ♥ 90   📊 1,384   ⬆️

**Rep. Dan Bishop** @RepDanBishop · Mar 31

For Americans who live in or frequent overwhelmingly Democrat urban areas, this is a cautionary tale. As the Left becomes more openly authoritarian, something of an Iron Curtain is descending on parts of the US in which Democrat power is unchecked. Wrong-thinkers are persecuted…

💬 2   🔁 12   ♥ 94   📊 1,316   ⬆️

**Rep. Dan Bishop** @RepDanBishop · Mar 31

…Scofflaws skate.

💬 2   🔁 5   ♥ 63   📊 1,079   ⬆️

**Rep. Dan Bishop** @RepDanBishop · Mar 31

People can flee this regime, and they are, but Congress should protect against #politicalpersecution in all the US. Section 5 of the 14th Amdt. gives it that power. And Congress used that power the last time Democrats behaved like this, by enacting the Civil Rights Act of 1866.

💬 9   🔁 16   ♥ 91   📊 6,329   ⬆️

**Rep. Dan Bishop** @RepDanBishop · Mar 31

Of course, Democrats will block remedial legislation as they tried to do then. But each chamber has broad investigative power, and the Republican House cannot shrink from investigating to its depth all the intrigue and political hackery leading to Alvin Bragg's indictment.

← **Thread**   🔁 9   ♥ 88   📊 1,222   ⬆️

**Rep. Dan Bishop**
@RepDanBishop

I saw to it in the January speaker negotiations that the Select Weaponization Subcommittee be fully empowered with compulsory process and broad investigative scope to expose every detail of actions like this to the American people. The subpoenas should now fly.

1:53 PM · Mar 31, 2023 · **1,183** Views

**9** Retweets   **85** Likes

💬   🔁   ♥   🔖   ⬆️

**Rep. Dan Bishop** @RepDanBishop · Mar 31
Replying to @RepDanBishop

Ultimately, the American people will decide in 2024 whether they will countenance this descent into third-world, despotic criminalizing of political opposition … and all the consequences it will bring. The House's work now is to give them the chance to peer into the abyss.



New to Twitter?

Sign up now to get your own personalized timeline!

🅖 Sign up with Google

 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Rep. Dan Bishop** ✓
@RepDanBishop     **Follow**

U.S. Congressman Proudly Representing the Eighth District of North Carolina

**What's happening**

NHL · Last night
Avalanche at Ducks

Trending in United States
**Spuds Mackenzie**

Trending in United States
**Red Pill**
3,901 Tweets

Music · Trending
**Julián Figueroa**
17.5K Tweets

Music · Trending
**Justin Bieber**
54.8K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.           Log in    Sign up

**Rep. Dan Bishop** @RepDanBishop · Mar 31

CONGRESSMAN DAN BISHOP
SERVING NORTH CAROLINA'S 8TH DISTRICT

FOR IMMEDIATE RELEASE
Friday, March 31st, 2023

**Congressman Dan Bishop's Statement on the Manhattan District Attorney's Indictment of President Trump**

**WASHINGTON D.C.-** Rep. Dan Bishop (NC-08) released the following statement:

"Using state prosecutorial authority, especially in an unusual way, for political retaliation against a former President and/or to intimidate or manipulate his presidential candidacy violates the United States Constitution.

Everyone recognizes this is happening in New York. Some whose political spite for President Trump is boundless — and who may not appreciate the dangers of this precedent — are gleeful, but no one doubts the fact that political motivations are operating here.

For Americans who live in or frequent overwhelmingly Democrat urban areas, this is a cautionary tale. As the Left becomes more openly authoritarian, something of an Iron Curtain is descending on parts of the U.S. in which Democrat power is unchecked. Wrong-thinkers are persecuted - scofflaws skate.

People can flee this regime, and they are, but Congress should protect against political persecution across the U.S. Section 5 of the 14th Amendment gives it that power. Congress used that power the last time Democrats behaved like this, by enacting the Civil Rights Act of 1866.

Of course, Democrats will block remedial legislation as they tried to do then. But each chamber has broad investigative power, and the Republican House cannot shrink from investigating to its depth all the intrigue and political hackery leading to the Alvin Bragg indictment.

I saw to it in the January speaker negotiations that the Select Weaponization Subcommittee be fully empowered with compulsory process and broad investigative scope to expose every detail of actions like this to the American people. The subpoenas should now fly.

Ultimately, the American people will decide in 2024 whether they will countenance this descent into third-world, despotic criminalizing of political opposition … and all the consequences it will bring. The House's work now is to give them the chance to peer into the abyss."

###

34 · 34 · 158 · 5,415

**Lee Lindley** @lee_t_lindley · Mar 31
Replying to @RepDanBishop
Seems like they screwed you on that though by not allocating money for staff. Not sure how you can remedy that.

4

Show more replies

## See what's happening

Join Twitter to get the full story with all the live commentary.

Log in

Sign up

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Rep. Dan Bishop** @RepDanBishop
Follow
U.S. Congressman Proudly Representing the Eighth District of North Carolina

## What's happening

NHL · Last night
**Avalanche at Ducks**

Trending in United States
**Spuds Mackenzie**

Trending in United States
**Red Pill**
3,901 Tweets

Music · Trending
**Julián Figueroa**
17.5K Tweets

Music · Trending
**Justin Bieber**
54.8K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up