# EXHIBIT 41

# Tweet

**House Judiciary GOP** @JudiciaryGOP

🚨 BRAGG CONFIRMS FEDERAL FUNDS USED IN TRUMP PROBE, BOLSTERING GOP INVESTIGATION.

breitbart.com
Bragg Confirms Federal Funds Used in Trump Probe, Bolstering GOP Investigation
Manhattan District Attorney Alvin Bragg revealed to the House GOP that roughly $5,000 in federal funds has gone toward the Trump probe.

5:59 PM · Mar 31, 2023 · **771.8K** Views

**4,143** Retweets **306** Quotes **10.6K** Likes **74** Bookmarks

**AndyP** @andy_p_1989 · Mar 31
Replying to @JudiciaryGOP
If he is admitting to $5k I wonder how much it really is? $500k? $5M? Hmmm.
23 5 87 8,252
Show replies

**Snotty** @TheGreatFagen · Mar 31
Replying to @JudiciaryGOP and @Jim_Jordan
It's a federal Ponzi scheme
1 3 1,504

**Denise** 🌷🌸🌸🌹🫂💋💙🫂🇺🇦💋 @DenisefromCali · Mar 31
Replying to @JudiciaryGOP
Trump breaches boundaries by saying DOJ should be 'going after' Democrats

Trump tried to use the DOJ in his effort to overturn election, ex-DOJ officials said

Trump has repeatedly and publicly called for the Justice Department and the FBI to investigate his perceived enemies
20 7 41 2,087
Show replies

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**House Judiciary G...** @JudiciaryGOP Follow
Official Twitter for the House Committee on the Judiciary, Republicans | Est. 1813 | Chairman @Jim_Jordan

## What's happening

NHL · Last night
**Avalanche at Ducks**

Music · Trending
**Maribel Guardia**
14K Tweets

Trending in United States
**Barr**
20.6K Tweets

Entertainment · Trending
**Halle Berry**
5,261 Tweets

Gaming · Trending
**Daily Sequence Quordle 441**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up







