# EXHIBIT 42



Log in    Sign up

← **@realDonaldTrump's post**

 **Donald J. Trump** ✓
@realDonaldTrump · 6d

Wow! District Attorney Bragg just illegally LEAKED the various points, and complete information, on the pathetic Indictment against me. I know the reporter and so, unfortunately, does he. This means that he MUST BE IMMEDIATELY INDICTED. Now, if he wants to really clean up his reputation, he will do the honorable thing and, as District Attorney, INDICT HIMSELF. He will go down in Judicial history, and his Trump Hating wife will be, I am sure, very proud of him!

**12.3k** ReTruths    **42.8k** Likes                              Apr 03, 2023, 8:40 PM

Reply    ReTruth    Like    ⋯

## Continue the conversation

Join Truth Social to get the full story and details.

Log in

Sign up

Feed    Discover