# EXHIBIT 43

    Log in    Sign up

← @realDonaldTrump's post



**Donald J. Trump** ✓
@realDonaldTrump · 6d

D.A. BRAGG JUST ILLEGALLY LEAKED THE 33 points of Indictment. There are no changes or surprises from those he leaked days ago directly out of the Grand Jury. No Crime by Trump. What a MESS. Bragg should resign, NOW!

**14.9k** ReTruths    **51.6k** Likes                    Apr 03, 2023, 8:51 PM

Reply    ReTruth    Like

## Continue the conversation
Join Truth Social to get the full story and details.

Log in

Sign up

Feed    Discover