# EXHIBIT 44

  

← @realDonaldTrump's post

 **Donald J. Trump** ✓
@realDonaldTrump · 5d

VERY UNFAIR VENUE, WITH SOME AREAS THAT VOTED 1% REPUBLICAN. THIS CASE SHOULD BE MOVED TO NEARBY STATEN ISLAND - WOULD BE A VERY FAIR AND SECURE LOCATION FOR THE TRIAL. ADDITIONALLY, THE HIGHLY PARTISAN JUDGE & HIS FAMILY ARE WELL KNOWN TRUMP HATERS. HE WAS AN UNFAIR DISASTER ON A PREVIOUS TRUMP RELATED CASE, WOULDN'T RECUSE, GAVE HORRIBLE JURY INSTRUCTIONS, & IMPOSSIBLE TO DEAL WITH DURING THE WITCH HUNT TRIAL. HIS DAUGHTER WORKED FOR "KAMALA" & NOW THE BIDEN-HARRIS CAMPAIGN. KANGAROO COURT!!!

**14.3k** ReTruths   **53k** Likes                                  Apr 04, 2023, 9:52 AM

Reply        ReTruth        Like        ⬆        ···

## Continue the conversation
Join Truth Social to get the full story and details.

Log in

Sign up

Feed    Discover