# EXHIBIT 45

4/10/23, 7:17 AM                    Donald Trump Jr. on Twitter: "Seems relevant… yet another connection in this hand picked democrat show trial. The BS never en…

Case 1:23-cv-03032-MKV   Document 12-48   Filed 04/11/23   Page 2 of 5

  ← Tweet

  **Donald Trump Jr.** ✓
                    @DonaldJTrumpJr

  Seems relevant… yet another connection in this hand picked democrat show trial. The BS never ends folks.

Daughter of Judge on Trump Case Worked on Biden-Harris Campaign



breitbart.com
Daughter of Judge on Trump Case Worked on Biden-Harris Campaign
The daughter of Judge Juan Merchan, who is overseeing Trump's case, worked on the Biden-Harris campaign, according to a report.

12:27 PM · Apr 4, 2023 · **3.1M** Views

**12.6K** Retweets   **954** Quotes   **38.2K** Likes   **264** Bookmarks

  **Carmine Sabia** ✓  @CarmineSabia · Apr 4
Replying to @DonaldJTrumpJr
Chaos breaks out in front of the Manhattan courthouse.



conservativebrief.com
BREAKING: Massive Banner Unveiled in Front of Courthouse as Protest… This got intense.

25     4     9     59.1K

  **Phillip M. Dampier** ✓  @phillipdampier · Apr 4
Replying to @CarmineSabia and @DonaldJTrumpJr
That is chaos? Looks like drunk fighting at 2-for-1 Drink Night at Cooter's Tractor Pull

---

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Donald Trump Jr.** ✓     Follow
@DonaldJTrumpJr
Future leader Ministry of Truth, Father, Outdoorsman, Meme War General, founder: MxM News, Field Ethos Journal, Winning Team Publishing Pronouns: The/she/it

**What's happening**

NHL · Last night
**Bruins at Flyers**

Trending in United States
**No VIP**
14.6K Tweets

Music · Trending
**Julián Figueroa**
17.8K Tweets

Gaming · Trending
**Daily Sequence Quordle 441**

Trending in United States
**The Great Gatsby**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2023 Twitter, Inc.

---

**Don't miss what's happening**   Log in   Sign up
People on Twitter are the first to know.

4/10/23, 7:17 AM                    Donald Trump Jr on Twitter: "Seems relevant... yet another connection to this hand picked democrat show trial. The BS never en…

Case 1:23-cv-03032-MKV   Document 12-48   Filed 04/11/23   Page 3 of 5

**Matthew Kolken** @mkolken · Apr 4
Replying to @DonaldJTrumpJr and @robert_italia
Judges need to avoid the appearance of impropriety through a process called recusal by removing themselves from a case if they would appear bias to a neutral observer.

💬 107   🔁 35   ♥ 267   📊 47.8K   📤

**Matthew Kolken** @mkolken · Apr 4
Replying to @mkolken @DonaldJTrumpJr and @robert_italia
*biased

💬 6   🔁 2   ♥ 29   📊 33.3K   📤

Show more replies

**More Tweets**

**Elon Musk** @elonmusk · 17h
Happy Easter!

💬 21.7K   🔁 22.5K   ♥ 275K   📊 24M   📤

**Oli London** @OliLondonTV · 19h
Dear Women,

Tampax pays this man $10,000's to MOCK YOU.

Don't buy Tampax.



💬 2,040   🔁 10.6K   ♥ 39.9K   📊 1.6M   📤

**MELANIA TRUMP** @MELANIATRUMP · 18h
Happy Easter!

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

3,439 2,769 34.4K 971.6K

**Donald Trump Jr.** @DonaldJTrumpJr · 18h
Legends @ufc

6,079 3,630 33.5K 1.3M

**MAGS** @TAftermath2020 · 18h
Happy Easter from President Trump!

From **PresidentTrump4**🍊🍊🍊🍊🍊

762 6,989 30K 612.2K

**Oli London** @OliLondonTV · 20h
Bud Light 🍺has been silent across all Social Media platforms since the Dylan Mulvaney brand partnership backlash erupted.

• Instagram- no posts since March 30th
• Twitter- no posts since April 1st
• Facebook- no posts since March 30th

Why is Bud Light so silent? 🤔... Show more

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up



4/10/23, 7:17 AM  Donald Trump Jr on Twitter: "Seems relevant... yet another connection to this hand picked democrat show trial. The BS never en…

Case 1:23-cv-03032-MKV   Document 12-48   Filed 04/11/23   Page 5 of 5






4,897     3,975     25.4K     4.8M

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up