# EXHIBIT 46



← Tweet

Rep. Marjorie Taylor Greene 🇺🇸 ✓
@RepMTG

You can't even make up how corrupt this WITCH HUNT is!



thegatewaypundit.com
Daughter of Judge Overseeing Trump's Case Worked For 'Kamala Harris Campaign', Now Serves As…

1:00 PM · Apr 4, 2023 · **1M** Views

**10.3K** Retweets   **441** Quotes   **31K** Likes   **145** Bookmarks

---

Luke Zaleski ✓ @ZaleskiLuke · Apr 4
Replying to @RepMTG
MAGA glossary 4dummies
1. Education is indoctrination
2️⃣ Prosecution is persecution
3. Losing is winning
4. Insurrection is patriotism
5. Violence is victimHOOD
6. Killing women is pro-life
7. Antiracism/"woke" is racism
8. Antifascists are fascists
9. Law enforcement is illegal

💬 26    🔁 21    ♡ 248    📊 24.7K    ↗

Show replies

Tara Dublin ((Got 𝒱𝑒𝓇𝒾𝒻𝒾𝑒𝒹 in 2016)) ✓ @taradublinrocks · Apr 4
Replying to @RepMTG
Pardon?

Why are you putting the Vice President's name in quotes? Her name is Kamala Harris, you racist traitor

A Black woman is never going to be your scapegoat, #MarjorieNaziGreene

💬 63    🔁 38    ♡ 736    📊 22.5K    ↗

jina ✓ @jina_mula · Apr 5
Replying to @taradublinrocks and @RepMTG
Just shut up , you have nothing so you use the race card , just shut up

💬 28    🔁 2    ♡ 11    📊 5,876    ↗

---

**Search Twitter**

## New to Twitter?
Sign up now to get your own personalized timeline!

[G Sign up with Google]
[ Sign up with Apple]
[Create account]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

Rep. Marjorie Tayl… ✓     [Follow]
@RepMTG
Christian, Mother, American, Business Owner, and Congresswoman representing Georgia's 14th District

### What's happening

NHL · Last night
**Bruins at Flyers**

Music · Trending
**Julián Figueroa**
18.1K Tweets

Politics · Trending
**Russia**
241K Tweets

Sports · Trending
**ravens**
Trending with Odell, Lamar

Politics · Trending
**China**
514K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2023 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.     [Log in]   [Sign up]

Show more replies

**More Tweets**

**Elon Musk** @elonmusk · 17h
Happy Easter!

💬 21.8K   🔁 22.6K   ♥ 276.2K   📊 24.2M   ⬆

**MELANIA TRUMP** @MELANIATRUMP · 19h
Happy Easter!



💬 3,462   🔁 2,780   ♥ 34.6K   📊 982.5K   ⬆

**Donald Trump Jr.** @DonaldJTrumpJr · 18h
Legends @ufc

**Don't miss what's happening**
People on Twitter are the first to know.

[Log in]  [Sign up]





**MAGS** ✓ @TAftermath2020 · 18h

Happy Easter from President Trump!



From PresidentTrump4 🍊🍊🍊🍊🍊

💬 768     🔁 7,035     ♥ 30.2K     📊 618.5K     🔗



**Rep. Marjorie Taylor Greene**🇺🇸 ✓ @RepMTG · Apr 7

On the Oversight Committee, Chairman @RepJamesComer just sent out more subpoenas for Biden bank records.

We are following the money and everyday we are discovering massive corruption.

Pretty soon, I won't be one of the only ones demanding to impeach Biden, it will be… Show more

💬 9,112     🔁 5,664     ♥ 25.6K     📊 1.9M     🔗



**Oli London** ✓ @OliLondonTV · 20h

Bud Light 🍺 has been silent across all Social Media platforms since the Dylan Mulvaney brand partnership backlash erupted.

• Instagram- no posts since March 30th
• Twitter- no posts since April 1st
• Facebook- no posts since March 30th

Why is Bud Light so silent? 🤔 … Show more



**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up