# EXHIBIT 47



Home  /  News  /  Press Releases

# Jordan, Comer Release Statement on Unconstitutional Gag Order

April 4, 2023     **Press Release**

**WASHINGTON, D.C.** – House Judiciary Committee Chairman Jim Jordan (R-OH) and House Oversight Committee Chairman James Comer (R-KY) released the following statement on reports that a New York judge may impose an unconstitutional gag order on President Donald Trump.

"We are deeply concerned by reports the New York District Attorney may seek an unconstitutional gag order. To put any restrictions on the ability of President Trump to discuss his mistreatment at the hands of this politically motivated prosecutor would only further demonstrate the weaponization of the New York justice system. To even contemplate stifling the speech of the former commander in chief and current candidate for President is at odds with everything America stands for."

###



**Washington DC Office**
2138 Rayburn House Building
Washington, DC 20515
Phone: (202) 225-6906

[Minority Site](#)

[Copyright](#)  [Privacy](#)  [House.gov](#)  [Accessibility](#)