# EXHIBIT 49

Trump rips Manhattan DA in primetime speech after arrest

495

NEWS

495

# Trump rips Alvin Bragg after NYC arrest: 'The criminal is the district attorney'

By Caitlin Doornbos, Steven Nelson and Selim Algar

April 4, 2023   8:50pm   Updated

**MORE ON:**
**DONALD TRUMP**

Melania seen for the first time since Trump's arrest at Mar-a-Lago Easter brunch with ex-president

Trump delivers blistering Easter message while Melania breaks silence after arrest

Bragg case against Trump is 'abuse of power,' gift to Dems: Ex-AG Bill Barr

Letters to the Editor — April 10, 2023

"The only crime that I've committed is to fearlessly defend our nation from those who seek to destroy it," the 76-year-old said hours after pleading not guilty to 34 felony charges of falsifying business records in connection with hush-money payments made ahead of the 2016 presidential election to two women alleging extramarital affairs with him.

"The criminal is the district attorney because he illegally leaked massive amounts of grand jury information, for which he should be prosecuted — or at a minimum, he should resign," Trump added, referring details of his indictment being reported ahead of his initial hearing.



Former President Donald Trump ranted against his unprecedented arrest and arraignment telling supporters at Mar-a-Lago: "We have to save our country."

Getty Images

Trump rips Manhattan DA in primetime speech after arrest



Trump claims, "The only crime that I've committed is to fearlessly defend our nation from those who seek to destroy it."

Getty Images

Trump rips Manhattan DA in primetime speech after arrest



Trump's speech attacked Alvin Bragg and Letitia James, among others.
AP



Eric and Lara Trump arrive before former President Donald Trump speaks at his Mar-a-Lago.
AP

"[Bragg] campaigned on the fact that he would 'get' President Trump — 'I'm gonna get him, I'm gonna get him' — this is a guy campaigning… this, before he knew anything about me," the 45th president told hundreds of fans gathered in his Palm Beach club's ballroom.

The current front-runner for the 2024 Republican presidential nomination also slammed the "Trump-hating judge" presiding over his case, Juan Manuel Merchan, and prosecutors leading other inquiries into his conduct — but focused his ire on Bragg in his 25-minute speech.





Bashing the judge who controls his fate, the former president said: "I have a Trump-hating judge with a Trump-hating wife and family whose daughter worked for Kamala Harris and now receives money from the Biden Harris campaign — and a lot of it."

### SEE ALSO


**Bragg's case is a legal mess — what is he even charging Trump with?**

Trump went on to claim that Merchan's recent conduct in the case against longtime Trump Organization CFO Allen Weisselberg was "out of the old Soviet Union."

"The same judge told the fine man who worked for me for many, many years that if you admit your guilt, you will be in jail for 90 days. But if you don't, if we go through a trial and you're found guilty, you're going away for 10 years, maybe longer," Trump said.

"They said, 'You say anything about Trump' — meaning that's bad — 'and you won't even have to serve the 90 days — you'll walk free'."

Trump has repeatedly called the case filed against him by Bragg part of a long-running Democratic "witch hunt" against him. His former fixer and lawyer Michael Cohen is expected to be the star witness for prosecutors.

There was no sign Tuesday of former first lady Melania Trump, who also missed her husband's trip to New York for his arraignment. His adult children Don Jr., Eric and Tiffany attended with their spouses, though his older daughter Ivanka Trump and son-in-law Jared Kushner — both of whom served as key White House advisers — did not.



Earlier in the day, Trump sat stone-faced as he was charged with 34 felony counts of falsifying business records.

Steven Hirsch



He is the first former president in US history to face criminal charges.

Seth Wenig / Pool via CNP / SplashNews.com



Trump has called the case against him a "witch hunt" a term he has already used on several occasions.
AP

Trump warned his supporters to brace for more potential prosecutions, noting investigations of his efforts to overturn the results of the 2020 election and his storage of classified records after he left office in 2021.

"In the wings, they've got a local racist Democrat district attorney in Atlanta who is doing everything in our power to indict me over an absolutely perfect phone call — even more perfect than the one I made with the president of Ukraine," Trump said.

"Then you have a radical left lunatic, known as a bomb-thrower, who is harassing hundreds of my people day after day over the boxes hoax," he added. "This lunatic new special prosecutor named Jack Smith … others of his ilk say he's even worse than they are."

Trump also slammed New York state Attorney General Letitia James, "another racist in reverse," for bringing a civil lawsuit against him.

Hours earlier, Trump sat stone-faced in court as he became the first former president in US history to face criminal charges.

4/10/23, 8:09 AM                          Trump rips Manhattan DA in primetime speech after arrest



Trump's arrival in New York City on Tuesday afternoon brought supporters, protesters and hoards of media and NYPD.

Paul Martinka

Trump rips Manhattan DA in primetime speech after arrest



Trump has pleaded not guilty to 34 felony charges of falsifying business records in connection with hush-money payments made ahead of the 2016 presidential election.

Stephen Yang

Trump did not speak to the throngs of reporters outside the courtroom in Lower Manhattan, saving his vitriol for primetime and alleging a double standard benefiting Democrats and the Biden family, whom he said actually committed various crimes.

The ex-president said "the FBI and DOJ in collusion with Twitter and Facebook" worked to downplay first son Hunter Biden's abandoned laptop, which he said "exposes the Biden family as criminals."

"Joe Biden took massive amounts of documents, even removed many boxes to Chinatown," Trump said. "You believe that? He's got $10 million from China. Where did that come from? I guess they were banking on Hunter's expertise — and had other stored in unsecured offices in Pennsylvania and strewn all over his garage floor where his now very famous Corvette is also stored."

Trump added that Biden "is not being harassed, hounded, like the people who work for me are — in fact they seem to have forgotten about his documents entirely."

Judge Merchan declined to issue a gag order during Trump's arraignment, but warned him to "refrain from making statements likely to incite violence or create civil unrest."

The 45th president, who was not subject to the indignity of being placed in handcuffs or posing for a mugshot, arrived in his former hometown on Monday afternoon and spent the night at Trump Tower.

4/10/23, 8:09 AM                                    Trump rips Manhattan DA in primetime speech after arrest



Trump arrives at Mar-a-Lago for his televised speech following the arraignment.

Getty Images



Donald Trump Jr. and Kimberly Guilfoyle attended.

AFP via Getty Images



Marjorie Taylor Greene, who led a protest outside the courthouse earlier in the day, attended Trump's speech.

4/10/23, 8:09 AM                                            Trump rips Manhattan DA in primetime speech after arrest



Kari Lake, Republican nominee in the 2022 Arizona gubernatorial election and a supporter of former U.S. President Donald Trump, greets guests before the speech.
Getty Images



Chief Executive Officer of My Pillow Michael Lindell was also at Mar-a-Lago.
AFP via Getty Images

Shortly after 1 p.m. Tuesday, he left his flagship Midtown building, fist-pumping and waving to cameras as he entered the court building in lower Manhattan.

### SEE ALSO



**Trump-haters John Bolton, Mitt Romney blast Manhattan DA Bragg's 'weak' case**

After his arraignment, which lasted just under an hour, Trump was whisked back to LaGuardia Airport and his private Boeing 757 for the short flight back to Florida.

The live wall-to-wall cable news coverage of Trump's every movement Tuesday recalled the heady days of 2015 and 2016, which propelled his stunning run to the Republican nomination and his upset win over Democrat Hillary Clinton.

Prosecutors say Trump falsified business records to boost his presidential campaign when he described the payments to porn star Stormy Daniels and former Playboy model Karen McDougal as legal expenses.

The charges typically are misdemeanors with two-year statutes of limitation, but Bragg secured the indictment of Trump by arguing that the payments of $130,000 to Daniels, whose real name is Stephanie Clifford, and McDougal for $150,000 via a National Enquirer "catch and kill" contract were in furtherance of federal campaign finance law violations.

4/10/23, 8:09 AM                                    Trump rips Manhattan DA in primetime speech after arrest



Trump could still face additional criminal charges in a trio of other investigations unrelated to the 34 charges that he pleaded not guilty of Tuesday.

Stephen Yang



Both supporters and protesters formed a modest crowd outside the courthouse Tuesday.

John Angelillo/UPI/Shutterstock

4/10/23, 8:09 AM                                    Trump rips Manhattan DA in primetime speech after arrest



Marjorie Taylor Greene led a small crowd of protesters.

AFP via Getty Images

4/10/23, 8:09 AM                                    Trump rips Manhattan DA in primetime speech after arrest



Embattled congressman George Santos, under fire for repeated lies he told while campaigning, came out to support Trump.

John Angelillo/UPI/Shutterstock



While supporters and protesters clashed at times, protests remained peaceful throughout the day.
AFP via Getty Images

Candidates for office are allowed to spend unlimited amounts of money, but the funds were paid initially by Cohen, who would have exceeded the federal contribution limit if he was using his own money.

Cohen in 2018 pleaded guilty to unrelated tax evasion charges and to making unlawful campaign contributions by brokering the payments. Trump at the time said Cohen was admitting to non-existent crimes to curry favor with authorities.

Bragg said at a press conference after Trump's arraignment that "we cannot and will not normalize serious criminal conduct" — even though the progressive prosecutor has taken heat for downgrading more than half of felony cases to misdemeanors.

**Follow The Post's latest coverage on Trump's indictment**

Melania seen for first time since Trump's arrest at Mar-a-Lago Easter brunch

Indictment unsealed: 34 felony counts details yearslong 'catch and kill' scheme

Striking images from Trump's arraignment day in NYC

Trump rips Manhattan indictment in primetime Mar-a-Lago speech after NYC arraignment

Prosecutors want the case brought to trial in January 2024, which would coincide with the initial Republican presidential primaries.

The next hearing is set for Dec. 4.

Trump rips Manhattan DA in primetime speech after arrest

Shortly after the arraignment, the former president's campaign announced it had raised more than $10 million since the indictment was filed March 30.



One of the charges Trump could face may have to do with his efforts to overturn the results of the 2020 election in Georgia.
AFP via Getty Images

Meanwhile, a Reuters/Ipsos Republican presidential primary poll conducted March 31-April 3 — after news broke that Trump would be indicted —found that Trump's support increased to 48% from 44% two-and-a-half weeks earlier.

## *SEE ALSO*



**EDITORIAL**
**Tough-on-Trump Bragg goes soft on actual public menaces**

"The shameful arrest of President Trump is an unprecedented and chilling chapter in the Left's weaponization of the justice system against their leading political opponent," fourth-ranked House Republican Elise Stefanik of New York said in a statement.

"President Trump continues to skyrocket in the polls, and just like with the Russia hoax and both sham impeachments, President Trump will defeat this latest witch-hunt, defeat Joe Biden, and will be sworn in as President of the United States of America in January 2025."

"I think it'll be largely a legal judgment as to whether there's really probable cause to believe that this falsification of records was done to defraud anybody," Barr said.

"And second, whether or not [it] involves the campaign finance law … I don't think it does."

The case also drew international commentary.



He also has 2 federal probes overseen by special counsel Jack Smith, which include his actions prior to the Capitol riot, and into possibly mishandling classified records.
Getty Images

El Salvador's President Nayib Bukele tweeted, "Think what you want about former President Trump and the reasons he's being indicted. But just imagine if this happened in any other country, where a government arrested the main opposition candidate. The United States ability to use 'democracy' as foreign policy is gone."

Republican-led House committees, meanwhile, are demanding information from Bragg's office, including on whether the local DA was cooperating with Biden administration officials to target the president's political opponent — as some Trump allies urge Republican prosecutors to use the precedent to bring charges against Biden.

Trump supporters have focused in part on the fact that Bragg hired former Biden Justice Department attorney Matthew Colangelo in December to help lead the Manhattan investigation.



**Start your day with all you need to know**

SIGN UP

By clicking above you agree to the **Terms of Use** and **Privacy Policy**.

The Justice Department previously chose not to prosecute Trump on the underlying campaign-finance charge following its failure in 2012 to convict former Sen. John Edwards (D-NC), who used more than $1 million in donations to his 2008 presidential campaign to conceal his relationship and love child with campaign videographer Rielle Hunter.

Trump could face additional criminal charges in a trio of other investigations — one in Georgia into his efforts to overturn the results of the 2020 election there, and two federal probes overseen by Smith; one into Trump's actions ahead of the Jan. 6, 2021 Capitol riot, and another into his possible mishandling of classified records after leaving office.

Biden also faces a federal investigation of his handling of classified records after he left the vice presidency.

Special counsel Robert Hur is investigating whether Biden or anyone in his orbit illegally mishandled records found at his Wilmington home and former DC office.

495    What do you think? **Post a comment.**

Hunter Biden, meanwhile, is under federal investigation by the US attorney's office in Delaware for possible tax fraud, money laundering, illegal foreign lobbying and lying about his drug use on a gun-purchase form.

Hunter wrote in documents retrieved from his former laptop that he paid as much as "half" of his income to his dad, with whom he involved in many of his overseas relationship while he was vice president.

FILED UNDER   ALVIN BRAGG,   DONALD TRUMP,   KAREN MCDOUGAL,   MICHAEL COHEN,   STORMY DANIELS,   TRUMP,   TRUMP INDICTMENT,   4/4/23

READ NEXT     Biden aide refutes classified docs 'locked closet' sp...

## SPONSORED STORIES



**[Gallery] Once A Huge 90's Star, Now Works A Normal Job**

HeraldWeekly

**Top Podiatrist: If You Have Toenail Fungus Try This Tonight (It's Genius!)**

WellnessGuide101.com



**Hands Down! The World's Healthiest Breakfast**

Ka'Chava



**Doctors Say Slimming Down After 60 Comes Down To This**

Fat Burning Mineral Discovered

weightloss-section.com