# EXHIBIT 50

Case 1:23-cv-03032-MKV Document 12-53 Filed 04/11/23 Page 2 of 5





← **Thread**

 **Rep. Jim Jordan** ✓
@Jim_Jordan                                    ···

The Justice Department wasn't going to bring this case.

The previous District Attorney Cy Vance wasn't going to bring this case.

And even Alvin Bragg himself, when he first gets elected, didn't want to bring the case.

But you know who did want to bring it? Mark Pomerantz.

11:46 AM · Apr 6, 2023 · **793.2K** Views

**4,066** Retweets   **233** Quotes   **15.6K** Likes   **57** Bookmarks

💬            🔁            ♡            🔖            ⬆️

 **Rep. Jim Jordan** ✓ @Jim_Jordan · Apr 6
Replying to @Jim_Jordan



breitbart.com
Exclusive: Jordan Subpoenas Manhattan Prosecutor Who Resigned ove...
Judiciary Committee chairman Rep. Jim Jordan escalated the GOP's
investigation into Trump's indictment by subpoenaing Mark Pomerantz.

💬 725      🔁 712      ♡ 3,059      📊 131.9K      ⬆️

 **Lori Mills** ✓ @LoriMills4CA42 · Apr 6
Replying to @Jim_Jordan
Bring this guy in too. The case was dead until
This Holder lackey was transferred from DC to NYC.



🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

 Sign up with Google

🍎 Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

**Relevant people**

 **Rep. Jim Jordan** ✓      **Follow**
@Jim_Jordan
Proudly serving Ohio's beautiful
Fourth District. Chairman
@JudiciaryGOP @Weaponization.
Fighting to #DoWhatWeSaid

**What's happening**

NHL · Last night
**Bruins at Flyers**                  

Music · Trending
**Julián Figueroa**                        ···
18.4K Tweets

Politics · Trending
**BRICS**                                  ···
40.4K Tweets

Politics · Trending
**World War III**                          ···
39.6K Tweets

Music · Trending
**taylor**                                 ···
400K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**      Log in    Sign up
People on Twitter are the first to know.

PUTY ASSOCIATE ATTORNEY GENERAL
BIDEN ADMINISTRATION

💬 48    🔁 216    ♡ 845    📊 37.8K    ⬆️

**John Chamberlain, MHA, LFACHE** 🟠 ✓ @misterchambo · Apr 6
Replying to @LoriMills4CA42 and @Jim_Jordan
Subpoena Colangelo and all his records and communications immediately.

💬 18    🔁 80    ♡ 398    📊 24.8K    ⬆️

Show replies

Show more replies

## More Tweets

**MELANIA TRUMP** ✓ @MELANIATRUMP · 19h    ···
Happy Easter!

💬 3,474    🔁 2,791    ♡ 34.8K    📊 991.9K    ⬆️

**Donald Trump Jr.** ✓ @DonaldJTrumpJr · 18h    ···
Legends @ufc

## Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

💬 6,135   🔁 3,656   🤍 33.9K   📊 1.3M   ⬆️

**MAGS** ✓ @TAftermath2020 · 18h   •••
Happy Easter from President Trump!



From **PresidentTrump4** 🟠🟠🟠🟠🟠

💬 773   🔁 7,058   🤍 30.4K   📊 623.8K   ⬆️

**The Trump Train** 🚃🇺🇸 ✓ @The_Trump_Train · 15h   •••
Should George Soros, his money, and all his organizations be banned from American politics?

YES or NO?

💬 8,782   🔁 3,474   🤍 24.5K   📊 409.7K   ⬆️

**il Donaldo Trumpo** ✓ @PapiTrumpo · 14h   •••
GOOD TIMES!!! 🤣🤣🤣

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up





💬 647   🔁 2,313   ♡ 23.6K   📊 341.2K   ⬆️

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up