# EXHIBIT 51

Case 1:23-cv-03032-MKV   Document 12-54   Filed 04/11/23   Page 2 of 4



\# Tweet

⚙ ↻ Rep. Jim Jordan Retweeted

**Breitbart News** ✓
@BreitbartNews

Rep. @Jim_Jordan has issued his first subpoena for House Republicans' investigation of the Manhattan district attorney's indictment of former President Donald Trump.



breitbart.com
Exclusive: Jordan Subpoenas Manhattan Prosecutor Who Resigned over Suspen…
Judiciary Committee chairman Rep. Jim Jordan escalated the GOP's investigation into Trump's indictment by subpoenaing Mark Pomerantz.

11:24 AM · Apr 6, 2023 · **132.5K** Views

**660** Retweets   **72** Quotes   **3,450** Likes   **7** Bookmarks

**Nicholas** ✓ @Nicholasemma4 · Apr 6
Replying to @BreitbartNews and @Jim_Jordan
Great job, loser.



📊 179

**Tammy** ✓ @t4tamee · Apr 6
Replying to @BreitbartNews and @Jim_Jordan
😎❤️

📊 237

**Milenka~** ✓ @MilenaAmit · Apr 6
Replying to @BreitbartNews and @Jim_Jordan
Pomerantz can't be compelled to produce documents that are property of his former employer, the NY DA's office. Everyone knows that. This will be another nothing burger.

📊 33

---

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

[G Sign up with Google]
[ Sign up with Apple]
[Create account]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**


**Breitbart News** ✓       [Follow]
@BreitbartNews
News, commentary, and destruction of the political/media establishment.

**Rep. Jim Jordan** ✓       [Follow]
@Jim_Jordan
Proudly serving Ohio's beautiful Fourth District. Chairman @JudiciaryGOP, @Weaponization. Fighting to #DoWhatWeSaid

**What's happening**

MLB · Last night
**Padres at Braves**

Music · Trending
**Julián Figueroa**
18.5K Tweets

Politics · Trending
**BRICS**
40.5K Tweets

Music · Trending
**taylor**
400K Tweets

Politics · Trending
**World War III**
39.6K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2023 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.        [Log in]  [Sign up]

4/10/23, 7:51 AM  Breitbart News on Twitter: "Rep. @Jim_Jordan has issued his first subpoena for House Republicans' investigation of the Manhatta…

Case 1:23-cv-03032-MKV Document 12-54 Filed 04/11/23 Page 3 of 4



From **PresidentTrump4**🍊🍊🍊🍊🍊

773 · 7,058 · 30.4K · 624.5K

**The Trump Train** 🚂🇺🇸 @The_Trump_Train · 16h

Should George Soros, his money, and all his organizations be banned from American politics?

YES or NO?

8,789 · 3,479 · 24.5K · 410.4K

**il Donaldo Trumpo** @PapiTrumpo · 14h

GOOD TIMES!!!🥳🥳🥳

648 · 2,316 · 23.6K · 341.7K

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up





