# EXHIBIT 52

Exhibit in Video Format and to be provided at the Court's discretion.