# EXHIBIT 53

Exhibit in Video Format and to be provided at the Court's discretion.