# EXHIBIT 54

# Exhibit in Video Format and to be provided at the Court's discretion.