# EXHIBIT 58

4/10/23, 12:22 PM
Trump vows to remove 'thugs and criminals' from justice system at rally, amid legal woes | The Hill
Case 1:23-cv-03032-MKV Document 12-58 Filed 04/11/23 Page 2 of 4




**Ads by Google**

Stop seeing this ad    Why this ad?

**CAMPAIGN**

# Trump vows to remove 'thugs and criminals' from justice system at rally, amid legal woes

BY JULIA SHAPERO - 03/25/23 9:48 PM ET

Share | Tweet | More



AP Photo/Nathan Howard
*Former President Donald Trump speaks at a campaign rally at Waco Regional Airport Saturday, March 25, 2023, in Waco, Texas.*

4/10/23, 12:22 PM
Trump vows to remove thugs and criminals from justice system at rally, amid legal woes | The Hill
Case 1:23-cv-03032-MKV   Document 12-58   Filed 04/11/23   Page 3 of 4

# THE HILL

"When this election is over, I will be the president of the United States," Trump said at an airport tarmac in Waco, Texas. "You will be vindicated and proud, and the thugs and criminals who are corrupting our justice system will be defeated, discredited and totally disgraced."

ADVERTISEMENT

The former president took aim at the various prosecutors investigating him in New York, Georgia and Washington, D.C., decrying "prosecutorial misconduct" and telling a crowd of his supporters that "our enemies are desperate to stop us."

"Our opponents have done everything they can to crush our spirit and to break our will, but they failed. They've only made us stronger," Trump said. "And 2024 is the final battle. That's going to be the big one. You put me back in the White House, their reign will be over, and America will be a free nation once again."

Trump's remarks come just one week after he ignited a political firestorm by suggesting that he could be arrested as soon as Tuesday in Manhattan District Attorney Alvin Bragg's (D) hush money probe.

While his prediction has yet to come to fruition, the former president has doubled down on his claims, warning on Friday that an indictment could result in "potential death & destruction."

He struck a similarly bombastic tone as he looked ahead to the 2024 election at Saturday's rally.

4/10/23, 12:22 PM
Trump vows to remove thugs and criminals from justice system at rally, amid legal woes | The Hill
Case 1:23-cv-03032-MKV   Document 12-58   Filed 04/11/23   Page 4 of 4

# THE HILL

**8 dead in Louisville shooting, 8 hospitalized**

"Either we surrender to the demonic forces abolishing and demolishing, and happily doing so, our country, or we defeat them in a landslide on Nov. 5, 2024," Trump said. "Either the deep state destroys America, or we destroy the deep state."

ADVERTISEMENT

The former president also continued his recent torrent of attacks on Florida Gov. Ron DeSantis (R), who is widely considered Trump's biggest potential competitor despite having yet to announce a 2024 bid.

"Florida has been tremendously successful for many years, long before this guy became governor," Trump said on Saturday. "Florida has been successful for decades, in fact probably as or more successful than it is now."

**TAGS**   2024 PRESIDENTIAL ELECTION   ALVIN BRAGG   DONALD TRUMP   MANHATTAN DISTRICT ATTORNEY   RON DESANTIS   RON DESANTIS   TRUMP 2024 CAMPAIGN   TRUMP RALLY

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



SHARE    TWEET    MORE