# EXHIBIT 57

Tweet

Explore

Settings

Search Twitter

New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Rep. Jim Jordan Retweeted

**House Judiciary GOP** ✓
@JudiciaryGOP

#BREAKING: The House Judiciary Committee will hear from victims of Manhattan DA Alvin Bragg's radical policies during a hearing in New York City next week.

Read about it here:

nypost.com
House Judiciary Committee to hold NYC hearing on 'victims' of DA...
The House Judiciary Committee will hear from "victims" of Manhattan District Attorney Alvin Bragg's policies during a hearing in New York next month.

8:15 AM · Apr 10, 2023 · **392.7K** Views

Relevant people

**House Judiciary G...** ✓        Follow
@JudiciaryGOP
Official Twitter for the House Committee on the Judiciary, Republicans | Est. 1813 | Chairman @Jim_Jordan

What's happening

IPL · LIVE
Royal Challengers Bangalore vs Lucknow Super Giants

Trending in United States
JCTC

Sports · Trending
Dwayne Haskins
6,484 Tweets

Trending in United States
Louisville
Trending with Monday in America, Old National Bank

Entertainment · Trending
Halle Berry
7,924 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More...
© 2023 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up