UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVIN L. BRAGG, JR., *in his official capacity as District Attorney for New York County*,

                Plaintiff,

-against-

JIM JORDAN, *in his official capacity as Chairman of the Committee on the Judiciary*, COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES, and MARK F. POMERANTZ,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/2023

1:23-cv-3032 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    This action was commenced this afternoon with the filing of a complaint by Plaintiff Bragg [ECF No. 1], and an accompanying motion, brought on by a Proposed Order to Show Cause, for a Temporary Restraining Order and a Preliminary Injunction [ECF No. 7], together with a supporting memorandum of law, [ECF No. 8]. The moving papers reference a Declaration of Theodore J. Boutrous, Jr., but the Court has not been provided with this document yet, nor is it on the docket. The Court also has not been provided with a copy of the subpoena purportedly served on Mr. Pomerantz.

    The Court declines to enter the proposed Temporary Restraining Order and Order to Show Cause. It is HEREBY ORDERED that Plaintiff shall effect service on the Defendants of the Complaint together with a copy of this Order, the Plaintiff's motion, and any supporting papers, on or before 9:00 PM tonight. It is FURTHER ORDERED that any response by Defendants to the motion shall be served and filed by April 17, 2023 at 9:00 AM. The Court will hold a hearing on

Plaintiff's motion on April 19, 2023 at 2:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

**Date:   April 11, 2023**
       **New York, NY**

*[Signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**