IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>*Plaintiff*,<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, et al.,<br><br>*Defendants*. | Case No. 23-cv-3032 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mylan L. Denerstein of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters her appearance in the above-captioned action as counsel for Plaintiff Alvin L. Bragg, Jr.

Dated: New York, New York
      April 11, 2023

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Mylan L. Denerstein*
    Mylan L. Denerstein

200 Park Avenue
New York, New York 10166
Tel.: (212) 351-4000
MDenerstein@gibsondunn.com

*Attorney for Plaintiff Alvin L. Bragg, Jr.*