# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>*Plaintiff,*<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, et al.,<br><br>*Defendants.* | **Case No.**  23-cv-3032 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lee R. Crain of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for Plaintiff Alvin L. Bragg, Jr.

Dated: New York, New York
      April 11, 2023

GIBSON, DUNN & CRUTCHER LLP

By: _/s/ Lee R. Crain_
    Lee R. Crain

    200 Park Avenue
    New York, New York 10166
    Tel.: (212) 351-2454
    lcrain@gibsondunn.com

    *Attorney for Plaintiff Alvin L. Bragg, Jr.*