IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>*Plaintiff*,<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, et al.,<br><br>*Defendants*. | Case No.   23-cv-3032 (MKV) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Katherine Moran Meeks, of the law firm of Gibson, Dunn & Crutcher LLP, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Alvin L. Bragg, Jr., in the above-captioned action.

I am a member in good standing of the Bars of the State of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

1

| | |
|---|---|
| Dated: April 11, 2023<br>Washington, D.C. | GIBSON, DUNN & CRUTCHER LLP<br><br>By: */s/ Katherine Moran Meeks*<br>      Katherine Moran Meeks<br><br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: 202.955.8258<br>Fax: 303.298.6023<br>Email: KMeeks@gibsondunn.com<br><br>*Counsel to Plaintiff Alvin L. Bragg, Jr.* |

2