IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>*Plaintiff*,<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, et al.,<br><br>*Defendants*. | Case No.  23-cv-3032 (MKV) |

### AFFIDAVIT OF KATHERINE MORAN MEEKS

DISTRICT OF COLUMBIA  )
                                            ) ss.
                                            )

I, Katherine Moran Meeks, being duly sworn, do hereby depose and say as follows:

1. I am of counsel at the law firm Gibson, Dunn & Crutcher LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the certificates of good standing annexed hereto, I am a member in good standing of the Bars of the State of Virginia and the District of Columbia.  *See* Exhibit A.

4. There are no pending disciplinary proceedings against me in any court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I am familiar with the Local Rules of United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Wherefore, I respectfully request that I be admitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiff Alvin L. Bragg, Jr.

*/s/ Katherine Moran Meeks*
Katherine Moran Meeks

Subscribed and sworn to before me this 11th day of April, 2023.

*/s/ Anita M. Watson*
Notary Public
My Commission Expires: 9-30-26

District of Columbia
Signed and sworn to (or affirmed) before me
on 4-11-23 by Katherine Meeks

*/s/ Anita M. Watson*
Signature of Notarial Officer

Anita M. Watson - Notary Public, District of Columbia
My commission expires September 30, 2026

2