IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>*Plaintiff*,<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, et al.,<br><br>*Defendants*. | Case No.   23-cv-3032 (MKV) |

The motion of Katherine Moran Meeks for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bars of the State of Virginia and the District of Columbia; and that her contact information is as follows:

> Katherine Moran Meeks
> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Avenue, N.W.,
> Washington, DC 20036-5306
> Tel: 202.955.8258
> Fax: 202.955.6023
> Email: KMeeks@gibsondunn.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Alvin L. Bragg, Jr. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

2

Dated: April \_\_\_, 2023
      New York, New York

 

_____
THE HONORABLE
UNITED STATES DISTRICT JUDGE