# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Committee on the Judiciary
2138 Rayburn House Building
Washington, DC 20515

9590 9402 7848 2234 4528 21

2. Article Number (Transfer from service label)
9489 0090 0027 6361 1849 42

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

4/11

GIBSON DUNN
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Committee on the Judiciary
2138 Rayburn House Building
Washington, DC 20515


CERTIFIED MAIL
9489 0090 0027 6361 1849 42
Label 890-PB, Oct. 2015
Pitney Bowes


US POSTAGE
ZIP 77002
$029.05
APR 11 2023