IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County<br><br>*Plaintiff*,<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-03032-MKV |

## NOTICE OF ERRATA

On April 11, 2023, I submitted the Declaration of Theodore J. Boutrous, Jr. (ECF No. 12, the "Declaration") to place before the Court certain documents in connection with Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. It has come to Plaintiff's attention that one of the documents attached thereto, Exhibit 55, was filed with a slip-sheet misidentifying it as Exhibit 58. *See* ECF No. 12-58. Accordingly, I respectfully request that Exhibit 55 to the Declaration be deemed replaced with the attached copy of Exhibit 55, a true and correct copy of the same document with a corrected slip-sheet.

Dated: New York, New York
April 13, 2023

*/s/* Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr.
Gibson Dunn & Crutcher LLP
333 South Grand Ave.,
Los Angeles, California 90071
Tel:  (213) 229-7804
tboutrous@gibsondunn.com
