IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>*Plaintiff*,<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary; COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES; and MARK F. POMERANTZ,<br><br>*Defendants*. | Case No. 1:23-cv-03032-MKV |

## NOTICE OF APPEARANCE

I, Matthew Berry, hereby enter my appearance as counsel in this case for the Honorable Jim Jordan and the Committee on the Judiciary of the U.S. House of Representatives. Please send all future notices in this matter to me.

                                              Respectfully submitted,

                                              */s/ Matthew Berry*
                                              MATTHEW BERRY (VA Bar No. 42600)
                                                 *General Counsel*

                                              OFFICE OF GENERAL COUNSEL[*]
                                              U.S. HOUSE OF REPRESENTATIVES
                                              5140 O'Neill House Office Building
                                              Washington, D.C. 20515
                                              (202) 225-9700 (telephone)
                                              Matthew.Berry@mail.house.gov

April 13, 2023                                            *Counsel for Congressional Defendants*

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571.

## CERTIFICATE OF SERVICE

I certify that on April 13, 2023, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

/s/ *Matthew Berry*
Matthew Berry