## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>                  Plaintiff,<br><br>              v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES, and MARK F. POMERANTZ,<br><br>                  Defendants. | 1:23-CV-03032-MKV<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Mark F. Pomerantz in the above-captioned case.

Dated:  April 17, 2023
       New York, New York

                                  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                                  By: /s/ Theodore V. Wells Jr.
                                        Theodore V. Wells Jr.
                                        1285 Avenue of the Americas
                                        New York, NY 10019-6064
                                        (212) 373-3000
                                        twells@paulweiss.com

                                  *Counsel for Defendant Mark F. Pomerantz*