IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>      Plaintiff,<br><br>    v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES, and MARK F. POMERANTZ<br><br>      Defendants. | 1:23-CV-03032-MKV<br><br>NOTICE OF APPEARANCE |

  PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Mark F. Pomerantz in the above-captioned case.

Dated: April 17, 2023
   New York, New York

               PAUL, WEISS, RIFKIND, WHARTON
               & GARRISON LLP

               /s/ Roberto Finzi
               ―――――――――――――――
               Roberto Finzi
               1285 Avenue of the Americas
               New York, NY 10019-6064
               (212) 373-3000
               rfinzi@paulweiss.com

               *Counsel for Defendant Mark F. Pomerantz*