# EXHIBIT 2



**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000

ALVIN L. BRAGG, JR.
DISTRICT ATTORNEY

April 11, 2023

By email

Mr. Mark F. Pomerantz
Former Special Assistant District Attorney,
   New York County
New York, NY

Dear Mr. Pomerantz:

I am writing regarding the House Judiciary Committee subpoena of April 6, 2023, requiring you to provide testimony relating to your employment at the Office of the District Attorney of New York County (the "DA's Office").

Today, the DA's Office filed a lawsuit in the Southern District of New York seeking to enjoin enforcement of that subpoena. A copy of the complaint and an application for a temporary restraining order is attached. In light of this lawsuit and until further notice, and for the reasons articulated in my letter to you dated March 25, 2023, the DA's Office continues to instruct you, as a former attorney and employee of the DA's Office, to not provide any information to the Committee concerning your work at the DA's Office.

Sincerely,

Leslie B. Dubeck
General Counsel