# Exhibit A



https://perma.cc/W3BG-G2XV