# Exhibit C

Thanks for trying out Immersive Reader. Share your feedback with us.   

# Read the Full Text of Mark Pomerantz's Resignation Letter

The former prosecutor who investigated Donald J. Trump believed that the former president was "guilty of numerous felony violations."

*The following is the full text of the resignation letter by Mark Pomerantz, who had investigated former President Donald J. Trump, but left after the Manhattan district attorney, Alvin Bragg, halted an effort to seek an indictment.*

Dear Alvin,

I write to tender my resignation as a Special Assistant District Attorney and to explain my reasons for resigning.

As you know from our recent conversations and presentations, I believe that Donald Trump is guilty of numerous felony violations of the Penal Law in connection with the preparation and use of his annual Statements of Financial Condition. His financial statements were false, and he has a long history of fabricating information relating to his personal finances and lying about his assets to banks, the national media, counterparties, and many others, including the American people. The team that has been investigating Mr. Trump harbors no doubt about whether he committed crimes — he did.

In late 2021, then-District Attorney Cyrus Vance directed a thorough review of the facts and law relating to Mr. Trump's financial statements. Mr. Vance had been intimately involved in our investigation, attending grand jury presentations, sitting in on certain witness interviews, and receiving regular reports about the progress of the investigation. He concluded that the facts warranted prosecution, and he directed the team to present evidence to a grand jury and to seek an indictment of Mr. Trump and other defendants as soon as reasonably possible.

Story continues below advertisement
Continue reading the main story

This work was underway when you took office as District Attorney. You have devoted significant time and energy to understanding the evidence we have accumulated with respect to the Trump financial statements, as well as the applicable law. You have reached the decision not to go forward with the grand jury presentation and not to seek criminal charges at the present time. The investigation has been suspended indefinitely. Of course, that is your decision to make. I do not question your authority to make it, and I accept that you have made it sincerely. However, a decision made in good faith may nevertheless be wrong. I believe that your decision not to prosecute Donald Trump now, and on the existing record, is misguided and completely contrary to the public interest. I therefore cannot continue in my current position.

In my view, the public interest warrants the criminal prosecution of Mr. Trump, and such a prosecution should be brought without any further delay. Because of the complexity of the facts, the refusal of Mr. Trump and the Trump Organization to cooperate with our investigation, and their affirmative steps to frustrate our ability to follow the facts, this investigation has already consumed a great deal of time. As to Mr. Trump, the great bulk of the evidence relates to his management of the Trump Organization before he became President of the United States. These facts are already dated, and our ability to establish what happened may erode with the further passage of time. Many of the salient facts have been made public in proceedings brought by the Office of the Attorney General, and the public has rightly inquired about the pace of our investigation.

Most importantly, the further passage of time will raise additional questions about the failure to hold Mr. Trump accountable for his criminal conduct.

To the extent you have raised issues as to the legal and factual sufficiency of our case and the likelihood that a prosecution would succeed, I and others have advised you that we have evidence sufficient to establish Mr. Trump's guilt beyond a reasonable doubt, and we believe that the prosecution would prevail if charges were brought and the matter were tried to an impartial jury. No case is perfect. Whatever the risks of bringing the case may be, I am convinced that a failure to prosecute will pose much greater risks in terms of public confidence in the fair administration of justice. As I have suggested to you, respect for the rule of law, and the need to reinforce the bedrock proposition that "no man is above the law," require that this prosecution be brought even if a conviction is not certain.

I also do not believe that suspending the investigation pending future developments will lead to a stronger case or dispel your reluctance to bring charges. No events are likely to occur that will alter the nature of the case or dramatically change the quality or quantity of the evidence available to the prosecution. There are always additional facts to be pursued. But the investigative team that has been working on this matter for many months does not believe that it makes law enforcement sense to postpone a prosecution in the hope that additional evidence will somehow emerge. On the contrary, I and others believe that your decision not to authorize prosecution now will doom any future prospects that Mr. Trump will be prosecuted for the criminal conduct we have been investigating.

I fear that your decision means that Mr. Trump will not be held fully accountable for his crimes. I have worked too hard as a lawyer, and for too long, now to become a passive participant in what I believe to be a grave failure of justice. I therefore resign from my position as a Special Assistant District Attorney, effective immediately.

# Editors' Picks



**[Don't Jump Into Spring Cleaning. Take It Slow.](#)**



### Spring Cleaning Was Once Backbreaking Work. For Many, It Still Is.



### Why Is Chartreuse Hard to Find Right Now? Ask the Monks Who Make It.
Continue reading the main story

Story continues below advertisement
Continue reading the main story

Sincerely,

Mark F. Pomerantz