# Exhibit E



**Mark Pomerantz and the "People vs. Donald Trump" | 60 Minutes**

  60 Minutes ✓
2.07M subscribers   Subscribe

👍 6.7K   👎   ↗ Share   ⬇ Download   ⊞ Save   •••

https://perma.cc/EK78-S7R3