# Exhibit F



https://perma.cc/J6VM-ZXEM