# Exhibit G



**Trump case facts too well known for book to threaten prosecution: Pomerantz**

 **MSNBC** ✓
5.6M subscribers

 Subscribe

👍 1.2K    👎    ↗ Share    ↓ Download    ⊟+ Save    ...

https://perma.cc/QVF3-YSC5