# Exhibit H



https://perma.cc/8EGC-2TND