# Exhibit I



https://perma.cc/ZN5E-PSML