# Exhibit J



https://perma.cc/5HXL-PAZZ;