Case 1:23-cv-03032-MKV   Document 32-11   Filed 04/17/23   Page 1 of 2

# Exhibit K



https://perma.cc/S5Z6-ZPPA