# Exhibit L



https://perma.cc/F9JZ-CRDP