# Exhibit M



https://perma.cc/EKX5-E7AJ