# Exhibit N





https://perma.cc/CH58-84CJ