# Exhibit O



https://perma.cc/MK6U-7PHL