# Exhibit T

Thanks for trying out Immersive Reader. Share your feedback with us.   

# DA Alvin Bragg's staffer hangs up on 'bulls–t' congressional phone call

Rude reps for Manhattan District Attorney Alvin Bragg told a House Judiciary staffer to "stop calling us with this bulls–t" after he made multiple attempts to get in touch by phone.

The Judiciary Committee staffer who called Bragg's office at noon on Wednesday was promptly hung up on after he identified himself to a woman who answered the phone, a person familiar with the call told The Post.

When the staffer called back a second time and identified himself, a second woman bluntly told him, "Your committee has no jurisdiction over us. You're wrong. Stop calling us with this bulls—t," the insider said.

"I don't think I've ever seen any government entity respond to Congress in that manner. It's quite embarrassing, but I don't think anyone is surprised based on how partisan that office has become," the tipster said.



*Alvin Bragg announces charges against Steve Bannon, former adviser to Donald Trump, during a press conference in New York on Thursday, Sept. 8, 2022.*
Bloomberg via Getty Images

On Thursday, Bragg responded to an inquiry from the committee requesting documents and testimony on an indictment he is preparing against former President Trump.

While many expected it to come this week, his office has so far delayed brining charges.

In a five-page response, Bragg's general counsel Leslie Dubeck called the GOP probe "an unprecedented inquiry into a pending local prosecution" and refused to comply — but left the door open to continue discussions.



*Staffers in Manhattan DA Alvin Bragg's office told their House Judiciary Committee counterparts to shove it when they reached out.*

AP



*An anti-Trump protester stands across from the offices of Manhattan DA Alvin Bragg in lower Manhattan.*

*Derek French/Shutterstock*



*The House judiciary staffer was swiftly hung up on by Bragg's reps.*

*Getty Images/iStockphoto*

We "request an opportunity to meet and confer with committee staff to better understand what information the DA's Office can provide that relates to a legitimate legislative interest and can be shared consistent with the District Attorney's constitutional obligations," she wrote.

The response was enough to forestall a planned GOP subpoena for Bragg, which had been prepared to go Thursday should the prosecutor have blown off the committee entirely.

Bragg's office did not respond to request for comment from The Post.