# Exhibit V

G:\CMTE\JD\18\DOJ\EQUIT_SHAR_LIMIT.XML

(Original Signature of Member)

118TH CONGRESS
1ST SESSION

# H. R. _____

To prohibit the use of forfeited funds made available to certain State or local law enforcement agencies pursuant to equitable sharing for certain purposes.

## IN THE HOUSE OF REPRESENTATIVES

Mr. BIGGS introduced the following bill; which was referred to the Committee on _____

# A BILL

To prohibit the use of forfeited funds made available to certain State or local law enforcement agencies pursuant to equitable sharing for certain purposes.

1  *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*
3  **SECTION 1. SHORT TITLE.**
4       This Act may be cited as the "No Federal Funds for
5  Political Prosecutions Act".

G:\CMTE\JD\18\DOJ\EQUIT_SHAR_LIMIT.XML

2

## SEC. 2. LIMITATION ON USE OF FORFEITED FUNDS MADE AVAILABLE PURSUANT TO EQUITABLE SHARING.

(a) IN GENERAL.—No funds or property received pursuant to section 511(e) of the Controlled Substances Act (21 U.S.C. 811(e)), section 981 of title 18, United States Code, or section 524 of title 28, United States Code, by a State or local law enforcement agency with the authority to prosecute a criminal case may be used to investigate or prosecute the President or Vice President, a former President or Vice President, or a candidate for the office of President.

(b) CERTIFICATION.—A State or local law enforcement agency referred to in subsection (a) shall certify to the Attorney General that the law enforcement agency will comply with subsection (a).

(c) DISQUALIFICATION.—In the case of a State or local law enforcement agency that the Attorney General determines has failed to comply with this section, the Attorney General may not transfer, under section 511(e) of the Controlled Substances Act (21 U.S.C. 811(e)), section 981 of title 18, United States Code, or section 524 of title 28, United States Code, any property seized by the Attorney General and forfeited to the United States, or any of the proceeds from the sale of such property to such State or local law enforcement agency.

g:\V\E\041223\E041223.030.xml   (874347|7)
April 12, 2023 (1:07 p.m.)

G:\CMTE\JD\18\DOJ\EQUIT_SHAR_LIMIT.XML

3

1     (d) DEFINITION.—In this section, the term "can-
2 didate" has the meaning given such term in section 301
3 of the Federal Election Campaign Act of 1971 (52 U.S.C.
4 30101).

g:\V\E\041223\E041223.030.xml   (874347|7)
April 12, 2023 (1:07 p.m.)