# Exhibit W

G:\M\18\FRY\FRY_009.XML

...................................................................
(Original Signature of Member)

118TH CONGRESS
1ST SESSION
# H. R. _____

To amend title 28, United States Code, to authorize removal of an action or prosecution against a President, Vice President, former President, or former Vice President, and for other purposes.

## IN THE HOUSE OF REPRESENTATIVES

Mr. FRY introduced the following bill; which was referred to the Committee on _____

# A BILL

To amend title 28, United States Code, to authorize removal of an action or prosecution against a President, Vice President, former President, or former Vice President, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*

2  *tives of the United States of America in Congress assembled,*

3  **SECTION 1. SHORT TITLE.**

4       This Act may be cited as the ''No More Political

5  Prosecutions Act''.

2

**SEC. 2. REMOVAL OF CERTAIN ACTIONS.**

    (a) IN GENERAL.—Section 1442(a) of title 28, United States Code, is amended—

        (1) in paragraph (3), by striking the semicolon and inserting a period; and

        (2) by adding at the end the following:

        "(5) The President or Vice President, or a former President or Vice President.".

    (b) APPLICATION.—The amendments made by subsection (a) shall apply to civil actions or criminal prosecutions pending on the date of enactment of this Act or commenced on or after such date.