UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>*Plaintiff,*<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary; COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES; and MARK F. POMERANTZ,<br><br>*Defendants.* | Case No. 1:23-cv-03032 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that E. Danya Perry of Perry Guha LLP, an attorney duly admitted to practice before this Court, hereby enters her appearance as counsel for *Amici Curiae*, Karen Friedman Agnifilo, Marc Agnifilo, Donald B. Ayer, Benjamin Brafman, Erwin Chemerinsky, E. Thomas Coleman, Mickey Edwards, Norman L. Eisen, John J. Farmer Jr., Stuart Gerson, Renato Mariotti, Michael Miller, Alan Charles Raul, Sarah Saldaña, Claudine Schneider, Peter Shane, Christopher Shays, Stanley A. Twardy, Jr., Cyrus Vance, Jr., William F. Weld, and Shan Wu, in the above-captioned action.

Dated: April 17, 2023
      New York, New York

Respectfully submitted,

/s/ E. Danya Perry
E. Danya Perry (No. 2839983)
PERRY GUHA LLP
1740 Broadway, 15th Floor
New York, NY 10019
Email: dperry@perryguha.com
Telephone: (212) 399-8340
Facsimile: (212) 399-8331

*Counsel for Amici Curiae*