```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVIN L. BRAGG, JR., *in his official capacity as District Attorney for New York County*,

            Plaintiff,

-against-

JIM JORDAN, *in his official capacity as Chairman of the Committee on the Judiciary*, COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES, and MARK F. POMERANTZ,

            Defendants.

1:23-cv-3032 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The parties, who are more than capable of protecting the interests at stake, have provided the Court with ample briefing to resolve this matter. However, the letter motion to file an amicus brief is GRANTED. [ECF No. 34.] The Court does not need to hear oral argument from amici at the April 19, 2023 hearing.

    The Clerk of Court is respectfully requested to terminate docket entry 34.

**SO ORDERED.**

Date: April 17, 2023
       New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**