UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVIN L. BRAGG, JR., *in his official capacity as District Attorney for New York County*,

Plaintiff,

-against-

JIM JORDAN, *in his official capacity as Chairman of the Committee on the Judiciary*, COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES, and MARK F. POMERANTZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023

1:23-cv-3032 (MKV)

**ORDER DENYING MOTION TO INTERVENE**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the motion of Mr. Christenson to intervene in the above-captioned case [ECF No. 26]. The motion is DENIED because Mr. Christenson has not shown that he has any basis, under the Federal Rules of Civil Procedure, to intervene as of right or otherwise. *See* Fed. R. Civ. P. 24. Moreover, in accordance with Rule 2(B)(i) of the Court's Individual Rules of Practice in Civil Cases, Mr. Christenson may not send any "documents or filings . . . directly to Chambers" going forward.

The Clerk of Court respectfully is requested to terminate docket entry 26.

**SO ORDERED.**

Date: April 17, 2023
New York, NY

MARY KAY VYSKOCIL
United States District Judge