## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County, <br><br> *Plaintiff,* <br><br> *v.* <br><br> JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary; COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES; and MARK F. POMERANTZ, <br><br> *Defendants.* | Case No. 1:23-cv-03032 |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Jeffrey A. Udell of Walden Macht & Haran LLP, an attorney duly admitted to practice before this Court, hereby enters his appearance as counsel of record for *Amici Curiae*, Temidayo Aganga-Williams, Daniel Alonso, Pete Baldwin, Elaine Banar, Paul Bergman, Lee Bergstein, Adam K. Brody, Zachary Carter, Daniel J. Castleman, Derek Cohen, Eric Chaffin, John Curran, Soumya Dayananda, Patricia Gatling, Mitra Hormozi, Dan Horwitz, Ilene Jaroslaw, Christopher Jensen, Doreen Klein, Jane A. Levine, John Libby, John Martin, Michele Mayes, Sharon L. McCarthy, Glen McGorty, Daniel S. Parker, Avni Patel, Deanna Paul, Deirdre Waldron Power, Benjamin Pred, David Shapiro, Roland G. Riopelle, Victor Rocco, Elizabeth Roper, Shira Scheindlin, Larry Silverman, Peter Sobol, Brendan Tracy, Jim Walden, and Milton Williams in the above-captioned action.

Dated: April 18, 2023                        Respectfully submitted,
      New York, New York

                                    */s/ Jeffrey A. Udell*
                                    Jeffrey A. Udell
                                    Walden Macht & Haran LLP
                                    250 Vesey Street, 27th Floor
                                    New York, NY 10281
                                    Email: judell@wmhlaw.com
                                    Telephone: (212) 335-2391
                                    *Counsel for Amici Curiae*