# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County<br><br>*Plaintiff,*<br><br>　　　v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, et al.,<br><br>*Defendants.* | **Case No. 1:23-cv-03032-MKV** |

**SECOND DECLARATION OF THEODORE J. BOUTROUS, JR.**

I, Theodore J. Boutrous, Jr., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　I am a member of the bar of this Court and a partner of the law firm of Gibson, Dunn & Crutcher LLP, counsel to Plaintiff Alvin L. Bragg, Jr.  I am personally familiar with the facts set forth in this Declaration and if called, could testify competently thereto.

2.　　I submit this second declaration in further support of Plaintiff's Memorandum Of Law In Support Of His Motion For A Temporary Restraining Order And Preliminary Injunction.

3.　　Attached as **Exhibit 60** is a true and correct copy of a Tweet by Rep. Jim Jordan (@Jim_Jordan) at 6:24 PM on April 11, 2023 linking to a Fox News broadcast of an April 11, 2023 interview with Jim Jordan on *Special Report with Bret Baier*, available at https://twitter.com/Jim_Jordan/status/1645915820885790722?cxt=HHwWhMC-of_tu9ctAAAA. Attached as **Exhibit 60-A** is a true and correct copy of the April 11, 2023 Fox News broadcast of *Special Report with Bret Baier* interviewing Rep. Jim Jordan and Tweeted by Rep. Jim Jordan.

4.　　Attached as **Exhibit 61** is a true and correct copy of a Tweet by Rep. Jim Jordan (@Jim_Jordan) at 4:34 PM on April 12, 2023 linking to a Fox News broadcast of an April 12,

2023 interview with Jim Jordan on *The Story with Martha MacCallum*, available at

https://twitter.com/Jim_Jordan/status/1646250440193892352?cxt=HHwWgICzsbOD1NgtAAA

A.  Attached as **Exhibit 61-A** is a true and correct copy of the April 12, 2023 Fox News

broadcast of *The Story with Martha MacCallum* interviewing Rep. Jim Jordan and Tweeted by

Rep. Jim Jordan.

        5.      Attached as **Exhibit 62** is a true and correct copy of a Tweet by Rep. Jim Jordan

(@Jim_Jordan) at 8:29 PM on April 13, 2023 linking to a Fox Business broadcast of an April 13,

2023 interview with Jim Jordan on *Kennedy*, available at

https://twitter.com/JudiciaryGOP/status/1646671653085085698?cxt=HHwWhIC8_ZvJk9otAAA

A.  Attached as **Exhibit 62-A** is a true and correct copy of the April 13, 2023 Fox Business

broadcast of *Kennedy* interviewing with Rep. Jim Jordan and Tweeted by Rep. Jim Jordan.

        6.      Attached as **Exhibit 63** is a true and correct copy of an article titled *Jordan,*

*House Republicans hold New York City hearing to focus on Crime, attack Bragg*, written by

Alexandra Hutzler, published by ABC News on April 17, 2023.

        7.      Attached as **Exhibit 64** is a true and correct copy of an email reply from Matthew

Berry to Leslie Dubeck, with the subject line, "Bragg v. Jordan, No. 23-cv-3032 (S.D.N.Y.) –

return date" sent on Thursday, April 13, 2023.

        8.      Attached as **Exhibit 65** is a true and correct copy of an article titled *HUGE: GOP*

*Rep Moves to Defund Alvin Bragg's DA Office with the "ALVIN Act,"* written by Clayton

Keirns, published by the Trending Politics News on April 15, 2023.

        9.      Attached as **Exhibit 66** is a true and correct copy of an article titled *Trump Vows*

*Investigation of Democratic District Attorneys*, written by Alan Feuer, published by the New

York Times on April 13, 2023.

10.     Attached as **Exhibit 67** is a true and correct copy of an article titled *How Jim Jordan, a Fighter Aligned With Trump, Wrestled His Way to Power*, written by Luke Broadwater, published by the New York Times on April 16, 2023.

11.     Attached as **Exhibit 68** is a true and correct copy of a Joint Stipulation, in the case of *Donald J. Trump et al., v. Elijah E. Cummings et al.*, filed in the District of Columbia, Case Number 1:19-cv-01136-APM, on April 29, 2019.

12.     Attached as **Exhibit 69** is a true and correct copy of a Complaint, in the case of *Donald J. Trump et al., v. Elijah E. Cummings et al.*, filed in the District of Columbia, Case Number 1:19-cv-01136-APM, on April 22, 2019.

13.     Attached as **Exhibit 70** is a true and correct copy of a Proposed H. R. Bill "Accountability for Lawless Violence In our Neighborhoods Act" or the "ALVIN Act", 118th Congress (1st Session), introduced by Rep. Andy Biggs on April 12, 2023.

14.     Attached as **Exhibit 71** is a true and correct copy of a Transcript, in the case of The People of the State of New York, Indictment #71543-2023, filed in New York Supreme Court on April 4, 2023.

15.     Attached as **Exhibit 72** is a true and correct copy of a Tweet by Kevin McCarthy (@SpeakerMcCarthy) at 11:07 AM EST on March 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        April 18, 2023

<div align="right">

/s/ Theodore J. Boutrous, Jr.
       Theodore J. Boutrous, Jr.

</div>

# EXHIBIT 60











# EXHIBIT 60-A

Exhibit in Video Format and to be provided at the Court's discretion.

# EXHIBIT 61





◯ 1,290   ⟲ 8,167   ♡ 40.9K   � 7.4M   ⬆

Show this thread

**Matt Wallace** ✓ @MattWallace888 · 19h
Elon Musk just revealed that the US government was using Twitter DMs to secretly spy on Americans! Should everyone involved in this obvious violation of freedom be arrested?

◯ 4,811   ⟲ 7,787   ♡ 39.6K   � 1.1M   ⬆

Show this thread

**Chairman** ✓ @WSBChairman · 21h
Elon Musk just said the US government had full access to Twitter user activity, including spying on users' DMs under previous management.

This is almost as bad as the illegal government surveillance Edward Snowden exposed in 2013.

◯ 1,225   ⟲ 7,193   ♡ 29.3K   � 3.9M   ⬆

Show this thread

**The Babylon Bee** ✓ @TheBabylonBee · 20h
Newlyweds In San Francisco Looking For Nice One Bedroom, Zero Bath Starter Tent



babylonbee.com
Newlyweds In San Francisco Looking For Nice One Bedroom, Zero Bat...
SAN FRANCISCO — Newlyweds Drew and Jessica Perry have begun searching in earnest across San Francisco for a nice, one-bedroom ...

◯ 308   ⟲ 1,501   ♡ 24.1K   � 1.1M   ⬆

**Will Durant (Quotes)** @DurantQuotesBot · 23h
● Automated
No nation is ever conquered until it has destroyed itself.

◯ 468   ⟲ 1,791   ♡ 15.8K   � 1.7M   ⬆

Show this thread

**Charlie Kirk** ✓ @charliekirk11 · 15h · ✏
Fathers, the time is NOW.

Don't allow your daughters to compete against biological men in sports. Refuse. Walk your daughter out. Boycott. Tell other fathers to do the same.

Men must stand up for women.

◯ 1,432   ⟲ 4,099   ♡ 18K   � 515.8K   ⬆

**MAGS** ✓ @TAftermath2020 · 21h
Don't tell me there isn't a Deep State ever again.



From **Insider Paper** ✓

◯ 376   ⟲ 5,202   ♡ 15.6K   � 7M   ⬆

Show this thread

**Rep. Marjorie Taylor Greene**🇺🇸 ✓ @RepMTG · 4h
Joe Biden has been in office since 1972, longer than I have been alive.

At the end of his days and his career he is handing over a country with debilitating debt, on the verge of WWIII, and on the verge of losing the dollar as the world's currency.

And he's used his power to... Show more

◯ 3,942   ⟲ 2,709   ♡ 13.8K   � 878.8K   ⬆

**Dinesh D'Souza** ✓ @DineshDSouza · 15h
Ex-Trump Lawyer Sues Defunct Jan 6th Committee For Fostering 'False Narrative'







# EXHIBIT 61-A

Exhibit in Video
Format and to be
provided at the Court's
discretion.

# EXHIBIT 62

Tweet

**Rep. Jim Jordan** ✓
@Jim_Jordan

···



FOX 4:01 77K views

8:29 PM · Apr 13, 2023 · **234.6K** Views

**336** Retweets  **34** Quotes  **1,571** Likes  **5** Bookmarks

Tweet your reply                    Reply

🍀 **Green Entreprises** ✓ @GreenEntreprise · Apr 14    ···
Replying to @Jim_Jordan
Rep Jim Jordan n @HouseGOP

You have forgotten j6ers

J6ers devastated. Don't trust you NOW

Do you have hearts 💕
Give them funding n fight the corrupt courts
or
🖐️just Politicians fearing the political risks 🔥

Your Voters are watching 👀

💬 1   🔁 24   ♡ 35   📊 666   ⬆️

**mrbigg** @Emrbigg450 · Apr 13    ···
Replying to @Jim_Jordan



💬 2   🔁 6   ♡ 29   📊 790   ⬆️

**Ali B** @alipati88 · Apr 13    ···
Replying to @Jim_Jordan
Can't imagine how he ever got elected.



💬 2   🔁 1   ♡ 15   📊 207   ⬆️

Show more replies

**More Tweets**

**Matt Wallace** ✓ @MattWallace888 · 19h    ···
Elon Musk just revealed that the US government was using Twitter DMs to
secretly spy on Americans! Should everyone involved in this obvious
violation of freedom be arrested?

💬 4,819   🔁 7,796   ♡ 39.8K   📊 3.1M   ⬆️





The best barrier
for stopping illegal
immigrants is to
stop ALL benefits
to illegal
immigrants,

**WE OWE THEM
NOTHING.**

**Who Agrees?**



♡ 479   ⇄ 2,180   ♡ 10.7K   ⎍ 100.9K   ⬆

---

**Kari Lake** ✓ @KariLake · 19h                              ···
.@ConradsonJordan and @BenBergquam were on the ground 11/8/22
reporting on Maricopa County violating the chain of custody AND breaking
the law.

So, the county barred them from covering the election.

Maricopa robbed you of your free speech AND your vote.



▶ 1,068 views                                0:04 / 0:28 ◀)) ⤢

frontlineamerica.com
Maricopa Co. Pays Gateway Pundit $175,000 for Denial of Press Access...
VICTORY! Corrupt Maricopa was wrong to deny press access.

♡ 461   ⇄ 3,577   ♡ 10.5K   ⎍ 207.1K   ⬆

---

**Tulsi Gabbard** 🎗 ✓ @TulsiGabbard · 6h                    ···
Equality is treating everyone equally, providing the same opportunities
regardless of race, religion, etc. It's the essence of aloha and the message of
MLK. Whereas "equity" advocated by the Biden admin and "woke" activists
demands equal outcomes regardless of effort or ability... Show more

♡ 609   ⇄ 1,939   ♡ 10.4K   ⎍ 735.6K   ⬆

---

**Collin Rugg** ✓ @CollinRugg · 21h  🖊
BREAKING: In Tucker Carlson's interview with Elon Musk, the Twitter CEO
doubles down on the Twitter Files, saying multiple government agencies had
"full access" to Twitter.

"Various government agencies effectively had full access to everything that
was going on Twitter."

Your... Show more



0:13  954.7K views

♡ 650   ⇄ 2,909   ♡ 10.2K   ⎍ 2.8M   ⬆

---

**Simon Ateba** ✓ @simonateba · 18h                         ···
Some of you just dismissed the idea, but I think it might be great to bring
@RepMTG and @AOC together for a conversation. I believe that it might be
an interesting conversation. What do you think? Bad idea?



♡ 2,687   ⇄ 1,065   ♡ 8,528   ⎍ 273.3K   ⬆

---

**Tara Reade** 🦋 🐝 ✓ @ReadeAlexandra · 20h                ···
Both @RepMTG & @mattgaetz know that I was a former Dem. I would never,
ever vote Dem again. They know I am now independent. They don't care
about my political beliefs. They still want an investigation & justice into what
POTUS did to me as a staffer in 1993. Whatever the outcome,... Show more

♡ 284   ⇄ 1,834   ♡ 8,383   ⎍ 494.3K   ⬆

---

  **Kyle Becker** ✓ @kylenabecker · 19h
When you vote for the Democratic Party, THIS is what you vote for 👇

  🌐 **Woke Archive** @WokeArchive · Apr 16

They're after the children.
They're after the children.



♡ 1,717   ⇄ 3,276   ♡ 8,219   ⫿⫾ 821K   ⬆

The Trump Train ✔🇺🇸 @The_Trump_Train · 20h   ···
#BreakingNews - Elon Musk CONFIRMS multiple government agencies had access to Twitter and weaponized it against President Trump and his supporters.

Does this make you want to vote for Trump even more??

Trump 2024 flags available, click the link:



flagpolesupplier.com
Trump 2024 Flag
Flag measures 3 feet x 5 feet with 2 brass grommets for easy display 100 denier polyester. More durable than the typical see-through poly flag ...

♡ 753   ⇄ 2,116   ♡ 7,630   ⫿⫾ 148.6K   ⬆

 Roger Stone ✔ @RogerJStoneJr · 14h   ···
Seems like the people of Chicago have gotten exactly what they voted for. Great to see it. Enjoy!

◼ R A W S A L E R T S ✔ @rawsalerts · Apr 16
🚨#BREAKING: Chaotic Scene Unfolds in Downtown Chicago as Teenagers Vandalize Cars and Gunfire Erupts

📍#Chicago | #Illinois

There is currently a significant police response taking place in downtown Chicago due to a large group of teenagers causing chaos. They have been... Show more



1:35  5.8M views

♡ 501   ⇄ 1,920   ♡ 7,568   ⫿⫾ 340K   ⬆

 ACT For America ✔ @ACTforAmerica · 17h   ···
When is Speaker McCarthy going to FINALLY impeach Joe Biden?!



conservativebrief.com
Speaker Kevin McCarthy Stunned By House Freedom Caucus On 100-D...
Things are really moving.

♡ 948   ⇄ 1,541   ♡ 7,019   ⫿⫾ 100.9K   ⬆

 Rasmussen Reports ✔ @Rasmussen_Poll · 17h   🖋
Once upon a time, a corrupt U.S. Attorney General said there was no significant evidence of 2020 election fraud. Later it was revealed that "the DOJ conducted ZERO investigations into 2020 election irregularities. Zero."



## Relevant people

 Rep. Jim Jordan ✔        Follow
@Jim_Jordan
Proudly serving Ohio's beautiful Fourth District. Chairman @JudiciaryGOP, @Weaponization. Fighting to #DoWhatWeSaid

## What's happening

MLB · LIVE
**Angels at Red Sox**   

Music · Trending
**frank ocean**
255K Tweets

Business and finance · Trending
**Apple Card**
Trending with Goldman Sachs, 4.15% APY

Trending in Texas
**Arlington**
3,246 Tweets

Politics · Trending
**House Judiciary Committee**
17.1K Tweets

Show more

Terms of Service · Privacy Policy · Cookie Policy
Accessibility · Ads info   More ···
© 2023 Twitter, Inc.



Kevin McCarthy @ @GOPLeader · 4h

Our national debt is too high. Far too high. And the problem is getting worse, not better. Mr. President, enough is enough—stop playing ...

○ 2,625    ⟲ 1,376    ♡ 5,743    ılıl 415.6K    ⬆

**Marsha Blackburn** ✓ @VoteMarsha · 5h

Under President Trump, our economy was booming, gas prices were low, and inflation was under control. Our border was secure, our adversaries feared us, & our military was strong.

I am proud to endorse Donald Trump for President and can't wait until he's back in the White House.



○ 1,488    ⟲ 1,255    ♡ 5,311    ılıl 470.8K    ⬆

# EXHIBIT 62-A

# Exhibit in Video Format and to be provided at the Court's discretion.

# EXHIBIT 63

ABC NEWS    VIDEO    LIVE    SHOWS    CLIMATE    LOG IN    Stream on hu

# Jordan, House Republicans hold New York City hearing to focus on crime, attack Bragg

The Manhattan district attorney has been targeted for prosecuting Donald Trump.

By **Alexandra Hutzler**
April 17, 2023, 4:58 PM

  



House GOP to hold crime hearing in NYC
The House Judiciary Committee, led by Rep. Jim Jordan, will gather at the Jacob K. Javits F...    Read More

---

House Republicans took their attack on Manhattan District Attorney Alvin Bragg to New York City on Monday, holding a hearing on what they say is a local crime crisis, a move Democrats lambasted as a "political stunt" aimed at protecting former President Donald Trump.

GOP Rep. Jim Jordan convened the House Judiciary Committee Monday morning at the Jacob Javits Federal Building in Manhattan -- just around the block from the Bragg's office.

"In this country, justice is supposed to be blind, regardless of race, religion or creed. However, here in Manhattan, the scales of justice are weighed down by politics," Jordan said. "For the district attorney justice isn't blind; it's about looking for opportunities to advance a political agenda, a radical political agenda."

Before the hearing, at Mayor Eric Adams' office, the top Democrat on the committee, Jerry Nadler of New York, swiped at Jordan, saying he "should know

better than to take his tired act to Broadway." He continued to admonish his colleague for the field hearing in his opening remarks.



Rep. Jerry Nadler, Jim Jordan and Darrell Issa listen to witnesses during a House Judiciary Committee Field Hearing, Monday, April 17, 2023, in New York.
John Minchillo/AP

"We are here today in lower Manhattan for one reason and one reason only: the chairman is doing the bidding of Donald Trump," Nadler said. "Committee Republicans designed this hearing to intimidate and deter the duly-elected district attorney of Manhattan from doing the work his constituents elected him to do."

"They are using their public offices and the resources of this committee to protect their political patron, Donald Trump. It is an outrageous abuse of power. It is, to use the chairman's favorite term, a weaponization of the House Judiciary Committee," he added, referring to the Select Subcommittee on the Weaponization of the Federal Government, which Jordan also chairs.

Earlier this month, Bragg brought up Trump on a 34-count indictment, drawing fire from Republicans who claimed he should be focused on city crime instead.

MORE: Manhattan DA sues GOP's Jim Jordan as feud escalates over Trump's prosecution

At a sometimes raucous hearing interrupted by protesters angry at Bragg, Republican-picked , witnesses told lawmakers that the prosecutor's policies had made the city more dangerous while Democrats pushed back with statistics to claim other cities were much more so.

Among the witnesses were Jose Alba, a former bodega clerk who faced a murder charge after fatally stabbing an attacker in 2022; Joseph Borgen, the victim of an

antisemitic attack in Times Square, as well as Madeline Brame and Jennifer Harrison, two women affected by violent crime who've become advocates for victims' rights in New York. Harrison recently told Fox News that crime victims are "distraught" over Bragg's leadership.



Jim Jordan speaks to Barry Borgen, father of a victim of anti-Semitic hate crime, while next to Paul DiGiacomo at a House Judiciary Committee hearing in New York City, April 17, 2023.

Shannon Stapleton/Reuters

Jordan said they were "victimized by a justice system that cares more about political correctness than punishing the criminals who've harmed victims and harmed their family."

Robert Holden, a Democratic New York City councilman, and Paul DiGiacomo, the president of the New York City's Detectives' Endowment Association, also appeared before the committee, critical of Bragg's policies.

Bragg's record as district attorney is a frequent target of Republicans, but the issue intensified in recent weeks over his prosecution of Trump. Jordan in particular has emerged as one of Bragg's biggest foes on Capitol Hill as he leads a congressional probe into Bragg's investigation of Trump.

---

MORE: What to know about Manhattan DA Alvin Bragg Jr.

---

Tensions boiled over last week when Bragg sued Jordan for what he called an "unprecedentedly brazen and unconstitutional attack by members of Congress."

Jordan and the Republican-controlled Judiciary Committee responded Monday to the lawsuit, calling it "extraordinary and unconstitutional" for Bragg to attempt to prevent a witness from complying with a congressional subpoena.

Bragg has sued to stop enforcement of a subpoena to Mark Pomerantz, a onetime leader of the criminal investigation into former President Donald Trump, calling the subpoena and the investigation it resulted from a partisan attempt to "intimidate and attack" the district attorney.



Manhattan Congressman Jerry Nadler joins New York City Mayor Eric Adams and others at a news conference before a House Judiciary Committee field hearing in Manhattan at the Javits... **Show more ⌄**

Spencer Platt/Getty Images

In a filing Monday, lawyers for the House Republicans argued the investigation is legitimate because "the prospect of a politically motivated prosecution of a former President could give rise to issues of substantial federal concern."

The Monday committee hearing has prompted fierce debate over crime in Democratic and Republican areas, with each side pointing to various statistics to make its case.

Adams, during a recent news conference, said the House GOP's field hearing made "no sense."

"I'm a little disappointed that they're coming here complaining about crime here when per capita, their crime is through the roof," Adams said.



Jim Jordan speaks while sitting between Rep. Jerry Nadler and Rep. Darren Issa at a House Judiciary Committee hearing in New York City, April 17, 2023.

Shannon Stapleton/Reuters

"Don't be fooled, the House GOP is coming to the safest big city in America for a political stunt," a spokesperson for Bragg's office quickly fired back after the hearing was announced.

Bragg's office has highlighted data that showed violent crime in Manhattan has dropped in the first quarter of 2023 compared with a year ago. Murders are down 14%, shootings fell 17% and burglaries dropped 21% in the borough, per data from the NYPD.

They have also taken aim at Jordan specifically, pointing to one analysis which found the murder rate in New York City is lower than that of Columbus, Ohio.

"In D.A. Bragg's first year in office, New York City had one of the lowest murder rates of major cities in the United States (5.2) nearly three times lower than Columbus, Ohio (15.4)," Bragg's office said.

Jordan responded on Twitter, "If New York City is the 'safest big city in America,' then why are so many people leaving?"



Rep. Jim Jordan, left, and Manhattan District Attorney Alvin Bragg are seen in this split photo

Left: AP Photo/Carolyn Kaster; Right: Kena Betancur/Getty Images

While New York County had a population decline of 98,505 in 2021 mostly attributable to net domestic outmigration, the county -- home to Manhattan -- had population growth of 17,472 in 2022, according to data released last month by the United States Census Bureau.

The GOP cancel of the House Judiciary Committee pointed to a website that provides neighborhood statistics called NeighborhoodScout.com, which showed that the violent crime rate for Manhattan was 5.21 per 1,000 residents, compared to 4.26 for Mansfield -- though both cities had higher rates than most U.S. cities.

*ABC News' Aaron Katersky contributed to this report.*

## Related Topics

Republican Party

---

ABC NEWS

**You Don't Have To Be Embarrassed From Your Nails, Try It Now**
Healthy Guru

Read More

**Airlines hate when you do this (but can't stop you)!**
Capital One Shopping

**New Arrivals Just In For Spring**
Tecovas

Shop Now

**Virginia mom of 6-year-old who shot teacher surrenders to police**

**Trump answers questions for 7 hours in NY fraud lawsuit**

**Judge: If news taints rape-trial jurors, Trump shares blame**

**Breakthrough "Skinny Pill" Takes America By Storm**
Her Life & Health

**Weight Loss After 55 Comes Down To This Simple Greek Method**
Health Truth Finder

Watch Now

**District Of Columbia: Say Bye To Your Car Insurance If You Live Near Washington**
Penny Pinchers

Promoted Links by Taboola

ABC News Network | Privacy Policy | Your US State Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use

Do Not Sell or Share My Personal Information | Contact Us

# EXHIBIT 64

| | |
|---|---|
| **From:** | Berry, Matthew |
| **To:** | Dubeck, Leslie; Tatelman, Todd; Castor, Stephen |
| **Cc:** | Boutrous Jr., Theodore J.; Denerstein, Mylan L.; Meeks, Kate; Hiller, Aaron; Crain, Lee R. |
| **Subject:** | RE: Bragg v. Jordan, No. 23-cv-3032 (S.D.N.Y.) - return date |
| **Date:** | Thursday, April 13, 2023 11:27:08 AM |

**[WARNING: External Email]**

Counsel,

Thank you for your message.  We have spoken with our client, and the Committee does not intend to adjourn the April 20, 2023 return date in the Pomerantz subpoena.

Matthew Berry
General Counsel
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, DC 20515
(202) 225-9700

---

**From:** Dubeck, Leslie <Dubeckl@dany.nyc.gov>
**Sent:** Wednesday, April 12, 2023 7:25 PM
**To:** Tatelman, Todd <Todd.Tatelman@mail.house.gov>; Berry, Matthew
<Matthew.Berry@mail.house.gov>; Castor, Stephen <Stephen.Castor@mail.house.gov>
**Cc:** Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Denerstein, Mylan L.
<MDenerstein@gibsondunn.com>; Meeks, Kate <KMeeks@gibsondunn.com>; Hiller, Aaron
<Aaron.Hiller@mail.house.gov>; Crain, Lee R. <LCrain@gibsondunn.com>
**Subject:** Bragg v. Jordan, No. 23-cv-3032 (S.D.N.Y.) - return date

Counsel –

Given that we now have a schedule from the Court, we write to ask whether Chairman Jordan and the Committee would be amenable to adjourning the April 20, 2023 return date in the Pomerantz subpoena in light of the April 19 hearing date scheduled by the Court.

An adjournment is in the interests of judicial efficiency and the parties.  Namely, we believe the Court would appreciate the opportunity to consider the significant constitutional questions at issue in this case on a more reasonable timeframe.  In addition, if the Court denies relief, it would be in the interests of the Court and the parties to have additional time to litigate any motion to stay pending appeal in the Second Circuit as well as merits review.  In short, all parties and the courts would be well served if we could agree to provide additional time for briefing on any applications to follow the April 19 hearing and a schedule that allows the courts a reasonable time to consider the issues the parties' papers have and will raise.

Please let us know your views, and we'd be glad to get on a call or Zoom to discuss.

<!-- p {margin-top:0; margin-bottom:0} -->
Leslie B. Dubeck
General Counsel
New York County District Attorney's Office
One Hogan Place | New York, NY 10013
212-335-9661

---

**From:** Crain, Lee R. <LCrain@gibsondunn.com>
**Sent:** Tuesday, April 11, 2023 11:03 PM
**To:** Tatelman, Todd; Berry, Matthew; Castor, Stephen
**Cc:** Boutrous Jr., Theodore J.; Denerstein, Mylan L.; Dubeck, Leslie; Meeks, Kate; Hiller, Aaron
**Subject:** [EXTERNAL] RE: Bragg v. Jordan, No. 23-cv-3032 (S.D.N.Y.)


**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).


Thank you for your email, Todd.  Please see the attached, which was filed a short moment ago.


Lee


**Lee Crain**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2454 • Cell +1 347.924.2815
LCrain@gibsondunn.com • www.gibsondunn.com

---

**From:** Tatelman, Todd <Todd.Tatelman@mail.house.gov>
**Sent:** Tuesday, April 11, 2023 6:04 PM
**To:** Crain, Lee R. <LCrain@gibsondunn.com>; Berry, Matthew <Matthew.Berry@mail.house.gov>; Castor, Stephen <Stephen.Castor@mail.house.gov>
**Cc:** Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Denerstein, Mylan L. <MDenerstein@gibsondunn.com>; Dubeck, Leslie <Dubeckl@dany.nyc.gov>; Meeks, Kate

<KMeeks@gibsondunn.com>; Hiller, Aaron <Aaron.Hiller@mail.house.gov>
**Subject:** RE: Bragg v. Jordan, No. 23-cv-3032 (S.D.N.Y.)


[WARNING: External Email]

Lee,


Thank you for the email.  The House Office of General Counsel is authorized to accept  electronic service on behalf of both Chairman Jordan and the Committee on the Judiciary.


We are not, however, authorized to accept or waive service of process on behalf of the United States, which is governed by Federal Rule of Civil Procedure 4(i).  You must separately serve process as described by that rule.  This means that you must serve process on the U.S. Attorney for the Southern District of New York, and separately on the U.S. Attorney General.


Sincerely,

Todd Tatelman


_____

Todd B. Tatelman
Deputy General Counsel
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 telephone
(202) 226-1360 fax

---

**From:** Crain, Lee R. <LCrain@gibsondunn.com>
**Sent:** Tuesday, April 11, 2023 5:26 PM
**To:** Berry, Matthew <Matthew.Berry@mail.house.gov>; Tatelman, Todd <Todd.Tatelman@mail.house.gov>; Castor, Stephen <Stephen.Castor@mail.house.gov>
**Cc:** Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Denerstein, Mylan L. <MDenerstein@gibsondunn.com>; Dubeck, Leslie <Dubeckl@dany.nyc.gov>; Meeks, Kate

<KMeeks@gibsondunn.com>; Hiller, Aaron <Aaron.Hiller@mail.house.gov>
**Subject:** RE: Bragg v. Jordan, No. 23-cv-3032 (S.D.N.Y.)

Counsel – the Court issued the attached order a few moments ago.  The order requires service to be effectuated by 9PM this evening.

Can you please advise whether Chairman Jim Jordan and the Committee on the Judiciary will accept service by email?  We are arranging to provide all filings to you now via FTP site given the volume of the materials.

Regards,

**Lee Crain**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2454 • Cell +1 347.924.2815
LCrain@gibsondunn.com • www.gibsondunn.com

---

**From:** Crain, Lee R. <LCrain@gibsondunn.com>
**Sent:** Tuesday, April 11, 2023 3:13 PM
**To:** Matthew.Berry@mail.house.gov; Todd.Tatelman@mail.house.gov; Stephen.Castor@mail.house.gov
**Cc:** Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Denerstein, Mylan L. <MDenerstein@gibsondunn.com>; Dubeck, Leslie <Dubeckl@dany.nyc.gov>; Meeks, Kate <KMeeks@gibsondunn.com>
**Subject:** Bragg v. Jordan, No. 23-cv-3032 (S.D.N.Y.)

Counsel,

I write to provide notice that District Attorney Alvin L Bragg, Jr. has filed an application for a temporary restraining order and preliminary injunction today, April 11, 2023, in the United States District Court for the Southern District of New York.  The applications seek relief against (1) Representative Jim Jordan, in his official capacity as Chairman for the Committee on the Judiciary; (2) the Committee on the Judiciary of the United States House of Representatives; and (3) Mark F. Pomerantz.

I attach copies of the Complaint, the proposed order to show cause, and the memorandum of law, which was filed a short moment ago.  Our remaining papers, including declaration and exhibits, will follow once they are filed.

We are amenable to discussing a briefing schedule and hearing date on our TRO and PI applications, subject to an agreement by all parties to adjourn the April 20, 2023 return date in the subpoena served on Mr. Pomerantz.

Regards,

**Lee Crain**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2454 • Cell +1 347.924.2815
LCrain@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This email communication and any files transmitted with it contain privileged and confidential

information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

# EXHIBIT 65

Case 1:23-cv-03032-MKV Document 41-2 Filed 04/18/23 Page 46 of 51



≡        **TrendingPolitics**™        🔍

# HUGE: GOP Rep Moves To Defund Alvin Bragg's DA Office With The "ALVIN Act"

By **Clayton Keirns**  —  April 15, 2023  —  Updated:  April 16, 2023

[ f Facebook ]  [ 🐦 Twitter ]  [ ✉ Email ]



**Do you trust Biden and the Democrats to keep your retirement savings safe?**

[ Yes ]  [ No ]  [ I'm not sure ]

🔥 1,665 Votes

**Skin Doctor Begs America: "Do This Every Morning To Lift Sagging Skin"**

🔥 4,313

Sponsored Ad

Earlier this week, Rep. Andy Biggs of Arizona introduced a bill called the "ALVIN Act" that would defund Manhattan DA Alvin Bragg's office after his blatantly political indictment of former President Trump.

"The ALVIN Act and the No Federal Funds for Political Prosecutions Act ensure that George Soros-funded and radical Leftist District Attorney Alvin Bragg is held accountable for misusing federal funds," Biggs said on Twitter.



-23%

**Breaker Boot, B**

The Breaker Boot is alread
Bootmakers screamed "y
expensive" and claimed "
this good for boots." Too



**Rep Andy Biggs** ✔
@RepAndyBiggsAZ · **Follow**

The ALVIN Act and the No Federal Funds for Political
Prosecutions Act ensure that George Soros-funded and
radical Leftist District Attorney Alvin Bragg is held
accountable for misusing federal funds.

theepochtimes.com
Rep. Biggs Introduces Bills to Defund Manhattan DA
Office

2:58 PM · Apr 13, 2023

♥ 6K    💬 Reply    ⬆ Share

Read 1.6K replies

[Fox News](#) adds the following:

> **The Accountability for Lawless Violence In Our
> Neighborhoods Act, or "ALVIN Act," would prohibit Bragg's
> office from receiving federal funding and require that the
> district attorney repay any funds received after Jan. 1, 2022.
> The bill is co-sponsored by Reps. Mary Miller, R-Ill., Eli
> Crane, R-Ariz., Paul Gosar, R-Ariz., Ralph Norman, R-S.C.,
> and Bob Good, R-Va.**
>
> Biggs' second bill, the No Federal Funds for Political
> Prosecutions Act, would block any state or local law
> enforcement agency from using resources seized through
> asset forfeiture to prosecute a president, vice president or a
> candidate for president in a criminal case.
>
> ....

"This weaponized prosecutor's office has spent thousands of federal taxpayer dollars to subsidize this political indictment and is demanding millions more in federal grants," he continued.

"It's disturbing to see District Attorney Bragg waste federal resources for political purposes rather than addressing the serious crime in his city.

**Breaker Boot**

The Breaker Boot is alr
Bootmakers screamed
too expensive" and cla
uses leather this good

**"As a member of the House Judiciary and Oversight & Accountability Committees, and with an almost insurmountable national debt that exceeds $31 trillion, the nation simply cannot afford to support Mr. Bragg's politicization of the criminal justice system."**

Bragg's office did not immediately respond to a request for comment.

For the last few weeks, Bragg has been in a heated back and forth between several GOP Congress members.



Jim Jordan tore into him during a segment on Fox News on Thursday. WATCH:



**Congressman Russell Fry** ✔️
@RepRussellFry · Follow

Thanks @Jim_Jordan for the shoutout and you're exactly
right - this bill is about fairness and removing the politics
from the courtroom.

9:25 PM · Apr 13, 2023

❤️ 1K   💬 Reply   ⬆️ Share

Read 415 replies



**Is Biden Trying To Hide This Video?
Possible Crisis Ahead Amid High
Inflation And Bank Failures**

 175

Sponsored Ad



**#1 "Vitamin" You Need After 60 Fo
Crepe Skin**

🔥 83,399



**Should the Supreme Court block
President Biden from giving Social
Security to illegal immigrants?**

Yes   No   Not sure

🔄 4,383 Votes

Sponsored Ad



**Would you support the impeachm
of Joe Biden if he opens Social
Security to illegal immigrants?**

Yes   No   I'm not sure

🔄 94,216 Votes

Sponsored Ad

# EXHIBIT 66

# *Trump Vows Investigations of Democratic District Attorneys*

Mr. Trump's threats of sweeping inquiries if re-elected came as local prosecutors in New York and Georgia were intensely scrutinizing him.

**By Alan Feuer**

April 13, 2023                                                                                                 2 MIN READ

Former President Donald J. Trump said in an online campaign advertisement on Thursday that if he were re-elected he would "completely overhaul" the F.B.I. and the Justice Department and launch "sweeping civil rights investigations" into local district attorneys' offices.

Mr. Trump's three-minute ad promising to crack down on local prosecutors in Democratic cities — whom he described as soft-on-crime "Marxists" — came as he was facing intense scrutiny by two district attorneys in particular: Alvin L. Bragg in Manhattan and Fani T. Willis in Fulton County, Ga.

Last month, Mr. Bragg unsealed a 34-count indictment against the former president, charging him with falsifying business records in connection with hush-money payments to a porn actress made during his 2016 presidential campaign. Ms. Willis, in the meantime, is continuing to investigate Mr. Trump's efforts to interfere with voting in her state during the 2020 election.

While Mr. Trump did not mention either prosecutor by name, he has repeatedly lashed out at Mr. Bragg and Ms. Willis, both of whom are Black, describing them as racist and politically motivated. Both before and after the indictment of Mr. Trump was announced, Mr. Bragg faced threats against his life, and a letter to him containing a white powder — later determined not to be dangerous — was found in the mailroom of his office.

Mr. Trump's advertisement, which bore a screen title reading "Restoring Justice in America," was in keeping with his strategy of attacking law enforcement officials who seek to hold him accountable — one he has used over and over in his decades in the spotlight.

While Mr. Trump and his allies have often sought to undermine the F.B.I., which has taken part in multiple investigations of him in recent years, the advertisement was one of his most menacing threats yet against local prosecutors.

Mr. Trump said that district attorneys in cities like Chicago, Los Angeles and San Francisco should be subjected to federal subpoenas seeking emails and other records to determine whether they had "violated federal civil rights law" or engaged in "illegal racial discrimination." That appeared to echo the language of the investigations that the Justice Department has often undertaken against local police departments accused of racial bias.

Mr. Trump specifically called for an inquiry into the district attorney's office in Travis County, Texas, which recently won a murder conviction against Daniel S. Perry, a U.S. Army sergeant who fatally shot a protester during a Black Lives Matter demonstration in the summer of 2020.

The case has become a lightning rod for the right as Gov. Greg Abbott, the state's Republican governor, has suggested that the guilty verdict was wrong, and said that he planned to pardon Mr. Perry for the killing.