

Explore

Settings

← **Tweet**

**Kevin McCarthy** @SpeakerMcCarthy

Here we go again — an outrageous abuse of power by a radical DA who lets violent criminals walk as he pursues political vengeance against President Trump.

I'm directing relevant committees to immediately investigate if federal funds are being used to subvert our democracy by interfering in elections with politically motivated prosecutions.

11:07 AM · Mar 18, 2023 · **21.8M** Views

**30.9K** Retweets **5,378** Quotes **140.1K** Likes **917** Bookmarks

**Luke Zaleski** @ZaleskiLuke · Mar 18

You are living through the largest longest coordinated rightwing propaganda campaign and hostile takeover attempt in the history of humanity. Because trump needs you to fight a civil war so he doesn't have to go to prison for his abuse of power and obstruction and attack on you.

1,465 1,563 10.5K 191.2K

**Luke Zaleski** @ZaleskiLuke · Mar 18

The insurrection is coming from inside the House

From **ShePyro**🇺🇸💙💛✨

77 55 403 8,663

Show replies

**NiKKi** @NikkiCush · Mar 18

We stand with Trump more than ever!!🇺🇸🇺🇸🇺🇸🇺🇸

184 199 2,006 51.1K

**Andy Frye** @SportyFrye · Mar 18

You and your spiritual leader:

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Kevin McCarthy** @SpeakerMcCarthy Follow

Speaker of the House and Representative of California's 20th District in the House of Representatives.

## What's happening

NBA · Last night
**Warriors at Kings**

Trending in United States
**JUST ANNOUNCED**
28.1K Tweets

Television · Trending
**Boruto**
47.1K Tweets

Trending in United States
**#DominionvFox**

Trending in United States
**Zach Edey**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

- Explore
- Settings

💬 45    🔁 10    ♡ 203    📊 33.4K    ⬆️

**Rina Shah** @RinainDC · Mar 18

Remember, Mister Speaker: the legislative branch is supposed to be a check on the executive branch.

Doing the political bidding of a former President (aka: private citizen) from your perch isn't just a bad look on you — it's an abdication of your constitutional duty.

💬 1,726    🔁 1,277    ♡ 9,048    📊 322.1K    ⬆️

**aka** @akafacehots · Mar 18
Get back in the kitchen pumpkin.

💬 150    🔁 117    ♡ 3,181    📊 38K    ⬆️

Show replies

**Christopher Webb** @cwebbonline · Mar 18
Kevin McCarthy calling for another clown show in the Republican controlled House because they haven't been embarrassed enough by their current hearings.



**Kevin McCarthy** @SpeakerMcCarthy

Here we go again — an outrageous abuse of power by a radical DA who lets violent criminals walk as he pursues political vengeance against President Trump.

I'm directing relevant committees to immediately investigate if federal funds are being used to subvert our democracy by interfering in elections with politically motivated prosecutions.

8:07 AM · 3/18/23 · **16.1K** Views

💬 615    🔁 1,412    ♡ 7,145    📊 255.8K    ⬆️

**Ed Greenberger** @EdGreenberger · Mar 18
Allow me to explain what's happening here... Kevin McCarthy, like 98% of the other Republicans on the Hill, are going to defend Trump publicly while desperately praying he gets thrown in prison for the rest of his life.

💬 346    🔁 517    ♡ 5,118    📊 150.3K    ⬆️

Show replies

**Wendell Husebø** @WendellHusebo · Mar 18
First, Democrats claimed Trump colluded with Russia. Then they tried to impeach him — twice. They even sent the FBI to raid his residence. Now they will indict Trump on bogus charges?

💬 1,913    🔁 461    ♡ 3,932    📊 195.5K    ⬆️

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

