Bragg v. Jordan (1:23-cv-03032) District Court, S.D. New York – April 12th, 2023

Motion to Intervene filed on behalf of my fellow Americans and Mankind

The universe will record that our species committed suicide. Mathematically Mankind will cease to exist in the next few years. Mathematically we are in a Contagious Endemic Suicide Pandemic. Suicide has not only become a life choice, but it has also been accepted by Mankind as a life choice.

Americans are borrowing money (and the interest expense on that borrowed money) to have a political congress investigate a political district attorney.

**THIS SUICIDAL INSANITY HAS TO STOP. THE ONLY WAY TO DO THIS, WITHOUT A VIOLENT SUICIDAL REVOLUTION, IS IF THE FEDERAL JUDICIARY FUNCTIONS PROPERLY BY UPHOLDING AND HONORING THE PREAMBLE TO THE CONSTITUTION.**

Americans deserve better. This is our grievance, and it is being filed in accordance with the last sentence of the First Amendment. *"The First Amendment provides that Congress make no law respecting an establishment of religion or prohibiting its free exercise. It protects freedom of speech, the press, assembly, **and the right to petition the Government for a redress of grievances**."*

Please incorporate:
Writ of Mandamus and Prohibition 14-10077 filed with the Supreme Court (four have been publicly docketed and twenty have not.)
Democratic National Committee v. The Russian Federation (1:18-cv-03501) SDNY - My 50 plus pleadings. (The Unabomber's Manifesto was docketed.)
Christenson v. Democratic National Committee (1:18-cv-05769) SDNY
Everything that I have docketed with the Federal Judiciary in more than one hundred cases. See Pacer and put my name in: David Andrew Christenson.

I am not asking you to rule in my favor. Order a response. Americans deserve to be represented.

I am just asking you to change the narrative, so the truth comes out. Mathematically it is too late, but we must try.

Godspeed.

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

# 4:21cv1774

United States Courts
Southern District of Texas
FILED

AUG 16 2021

Nathan Ochsner, Clerk of Court

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of Injunction, Relief Requested by Friday, August 13, 2021
Amicus - 101 – August 12th, 2021

**THE MIRACLE, AND IT IS SO SIMPLE**
(I beg you to let me retire – I cannot retire until the narrative is changed.)

# THE SUPREME COURT IS THE ONLY LEGITIMATE ENTITY IN THE WORLD THAT CAN SAVE MANKIND.

## WHERE THE SUPREME COURT GOES, MANKIND GOES.

Change the narrative by ordering a response. This is about Mankind. (It is not about me, and I do not want it to be about me. IT HAS TO BE ABOUT CHANGING THE NARRATIVE AND SAVING MANKIND.)

My prevailing without the Supreme Court will result in a violent revolution. My writings will be used against the Supreme Court and that is not a good thing. (Pray that I do not die before the narrative is changed.)

The Supreme Court is *"legitimate."* If we are to bring about peaceable change then it must come from the Supreme Court. This is an opportunity to hit the *"reset"* button.

I know we disagree, but I believe the Preamble is the Constitution and (We) *"I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."*

The agencies within the government are not only lying to the American people but to each other. The White House was livid this week when they found out that on May 1st, 2021, the CDC stopped tracking breakthrough infections for those that had been vaccinated.

What will happen if the American people find out the vaccines do not work?

What happens if the Messenger vaccines instruct the vaccinated immune systems **to not** fight the COVID19 Virus? There is empirical evidence that this is happening.

Americans will not have their immune systems because of Censorship.

1. **Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro

4. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl
5. United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6. Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees
7. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8. Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9. Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed

Sincerely,

On File

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on August 12th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on August 12th, 2021.

On File

David Andrew Christenson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,

Racketeer Influenced and
Corrupt Organization Act (RICO)

Plaintiff,

v.

Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

One Hundred Seventeenth (117th) Emergency Motion for Reconsideration

Yesterday morning I walked away from my quest to save Mankind. I quit. I told God I was through and that if he wanted me to continue, he needed to give me a real sign. Guess what? God gave me a sign via a baseball bat to the head.

Matthew Whitaker is the acting Attorney General

This factual story is unbelievable and there is no way to tell it in a coherent manner.

## US Attorney Matthew Whitaker from Iowa is my father's attorney and the person that had US Attorney Billy Gibbens represent me in my arrest for cyber stalking an FBI Agent in New Orleans. Yes, a US Attorney represented me and gave away all of my rights.

I am directly connected to Attorney General Matthew Whitaker, Assistant Attorney General for the Environment and Natural Resources Division Jeffery Bossert Clark and Special Prosecutor Robert Mueller. Each of these individuals irreparable harmed me and thus irreparable harmed all Americans. They are responsible for the Genocide of Mankind. (Clark represented BP Oil in my appeal with the 5th Circuit. You must review the extensive docket. 5th Circuit Case: 16-30918 IN RE: DEEPWATER HORIZON LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL, Plaintiffs v. BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C., Defendants – Appellees.)

I am from Iowa. My father is from Iowa, he is a Republican and he donates to the Republican Party. Matthew Whitaker is from Iowa and he is a Republican. My father retained him as an attorney and donated money to his campaign. Matthew Whitaker was the US Attorney for the Southern District of Iowa.

I have been estranged from my father for most of my adult life but when I was falsely arrested on a Louisiana Warrant (misdemeanor) for Cyber Stalking an FBI Agent my wife called him. I was never charged with a crime. My father left New Orleans and left me in jail because of Matthew Whitaker. My

father is a real sunarcissist. The DOJ put (my own father) me in isolation for 11 days and medicated me against my will. They did the same thing to Coast Guard Commander William Goetzee four months later and he died. The DOJ murdered him. When he was in Federal Court, they had him strapped to a wheelchair and they would tase him when he tried to speak. Read the family's complaint.
Reference: Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York John George Koeltl
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon

The information I am sharing with you has been filed in 30 plus cases in four Appeals Courts and three District Courts. It also has been filed with the Supreme Court in the four Writs that I filed. Search Pacer and the Supreme Court for: David Andrew Christenson.

Docket for 1:18-cv-03501 SDNY 113 pages - Motion for Leave to File: Motion to Intervene and Motion to Join filed by David Andrew Christenson on April 24th, 2018. Judge Koeltl docketed over fifty of my pleadings.
Docket 25
Pages 24 – 27 Non-Domestic Stay Away Order FBI Director Robert Mueller is on it. 74 people are listed and I did not know 66 of them. A third of them are court clerks. Two US Senators, a Bishop and a building. They even listed my friends and attorneys.
Page 56 - A press release about my arrest that was a gross mistake on the part of the DOJ.
Pages 57 & 58 - Bond Order and Conditions of Bail. They original asked for $500,000.00 bail for a misdemeanor. Order 3 is no internet so I could not do research. Order 9 waives my rights for a year and is not a requirement for bond. They put an electronic monitoring device on my ankle.
Page 59 Memorandum about US Attorney Billy Gibbens representing me in my arrest and waiving all of my rights. Look at his bill. His job was to keep me in jail or confined to a psychiatric prison.

**I was ordered to leave Louisiana and go to Florida to receive treatment for an unspecified mental illness. They wanted me out of New Orleans while the Danziger Trial was taking place.**

**During Hurricane Katrina the US Military murdered Americans and the Katrina Virus was released because of negligence.**

Read the 50 plus pleadings for the rest of the story.

Godspeed

Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

Updated 10/31/2011 DAC 05:32
An Unedited Synopsis.
Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
*(Book Nine in a nine part series.)*
*Library of Congress LCCN 2011940256*
*ISBN 978-0-9846893-0-9 Hardback*
*ISBN 978-0-9846893-1-6 EBook*

<u>Factual, documented and verifiable</u> account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press. Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a

record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for 11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

## The Department of Justice classified Captain David Andrew Christenson as a terrorist.

This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

The United States Military killed, executed and murdered Americans during Hurricane Katrina and after. A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore

confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire. Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because <u>The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat</u>. Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin. After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm. To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

An American Born Terrorist's Emails
To The Department of Justice
*A Prelude/Reference Book/Appendix*
Book 8
By
David Andrew Christenson
ISBN 978-0-9846893-2-3 Hardback
ISBN 978-0-9846893-3-0 EBook
LCCN 201194112
Copyright 2011 1-674739499
Persimmon Publishing
Box 6374
Miramar Beach, Florida 32550
www.persimmonpublishingus.com
persimmonpublishing@gmail.com
www.thereluctantpatriot.com
thereluctantpatriot@gmail.com

A quest for justice. What started as simple fraud perpetrated against Captain David Andrew Christenson turned into a National and Worldwide Criminal Conspiracy. Captain Christenson unintentionally and unwittingly became a crusader for justice. His attempts to uncover the truth and to bring those truths to light got him classified as a terrorist by the Department of Justice. At a minimum the cover-up involves the Federal Government, the President, the Supreme Court, Congress, the Department of Defense, the Central Intelligence Agency, the Catholic Church, the Pope, BP, etc.

Read the email paper trial. This book contains emails sent by Captain Christenson starting on October 14th, 2010 and ending on March 14th, 2011 when he was arrested. Captain Christenson was arrested on a Louisiana Warrant for Cyber Stalking FBI Special Agent Steven Rayes. It must be noted that Captain Christenson was never charged with a crime. Agent Rayes came to Captain Christenson on October 14th, 2010 the day the emails started.

There was no easy way to present this story in a coherent manner. I decided to present the emails as is. I hope that you can use them as a point of reference. My next book is titled "The Reluctant Patriot". The story starts March 15th, 2011 with my arrest. Please consider this book to be a prelude, appendix and or a reference book.

You may see previews of my other eight books at www.persimmonpublishingus.com and www.thereluctantpatriot.com.

Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. <u>I have never been charged with a crime.</u> The arrest was for a non-violent, non-domestic, non-drug misdemeanor. The arrest was for the equivalent of a severe DUI or DWI. The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

**<u>I was declared a terrorist by the Department of Justice.</u>** I assume that the classification took place at the same time that Agent Rayes came into my life.

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself. I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very Important). The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?

Sincerely,
David Andrew Christenson
"The Reluctant Patriot"
www.persimmonpublishingus.com
www.thereluctantpatriot.com

