UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVIN L. BRAGG, JR., *in his official capacity as District Attorney for New York County*,

                Plaintiff,

-against-

JIM JORDAN, *in his official capacity as Chairman of the Committee on the Judiciary*, COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES, and MARK F. POMERANTZ,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2023

1:23-cv-3032 (MKV)

**ORDER GRANTING LEAVE
TO FILE REPLY BRIEF**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff's motion for leave to file an eleventh-hour reply brief [ECF No. 41] is GRANTED.

The Court has read and considered the reply brief.

    The Clerk of Court respectfully is requested to terminate docket entry 41.

**SO ORDERED.**

**Date: April 19, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**