UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>         Plaintiff,<br><br>    -against-<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary; COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES; and MARK POMERANTZ,<br><br>         Defendants. | 23-CV-3032 (MKV) |

<u>NOTICE OF APPEAL</u>

  Notice is hereby given that ALVIN L. BRAGG, JR., District Attorney for New York County and the plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order entered on April 19, 2023, denying plaintiff's motion for a temporary restraining order and preliminary injunction.

Dated: April 19, 2023
    New York, New York

                 <u>/s Leslie B. Dubeck</u>
                 Leslie B. Dubeck (LD-8585)
                 General Counsel to the
                 New York County District Attorney
                 One Hogan Place
                 New York, New York 10013
                 (212) 335-9000
                 dubeckl@dany.nyc.gov

                 Theodore J. Boutrous, Jr.
                 333 South Grand Ave.,
                 Los Angeles, California 90071

Tel: (213) 229-7804
tboutrous@gibsondunn.com

Mylan L. Denerstein
Lee R. Crain
200 Park Avenue
New York, New York 10166
Tel: (212) 351-3850
mdenerstein@gibsondunn.com
lcrain@gibsondunn.com

Katherine Moran Meeks (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 955-8258
kmeeks@gibsondunn.com

*Counsel for Plaintiff*