**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,

        Plaintiff,

        v.

JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary, COMMITTEE ON THE JUDICIARY OF THE UNITED STATES HOUSE OF REPRESENTATIVES, and MARK F. POMERANTZ,

        Defendants.

**1:23-CV-03032-MKV**

**NOTICE OF APPEAL IN A CIVIL CASE**

NOTICE IS HEREBY GIVEN that MARK F. POMERANTZ, a defendant in the above-captioned civil case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered on April 19, 2023 denying Plaintiff's motion for a Temporary Restraining Order and Preliminary Injunction.

Dated:  April 19, 2023
     New York, New York

        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

        By: /s/ Theodore V. Wells Jr.
           Theodore V. Wells Jr.
           1285 Avenue of the Americas
           New York, NY 10019-6064
           (212) 373-3000
           twells@paulweiss.com

        *Counsel for Defendant Mark F. Pomerantz*