**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of April, two thousand twenty-three.

Before:  José A. Cabranes,
         Joseph F. Bianco,
         Sarah A. L. Merriam,
                *Circuit Judges*,

_____

Alvin L. Bragg, Jr., in his official capacity as
District Attorney for New York County,

       Plaintiff - Appellant,

v.

Mark F. Pomerantz,

       Defendant - Appellant,

v.

Jim Jordan, in his official capacity as
Chairman of the committee on the Judiciary,
Committee on the Judiciary of the United
States House of Representatives,

       Defendants - Appellees.
_____

**ORDER**

Docket Nos. 23-615(L), 23-616(Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 24 2023

The parties jointly move to dismiss the above-captioned appeals with prejudice, with each party bearing its own fees and costs.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeals are dismissed with prejudice.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/24/2023