IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN L. BRAGG, JR., in his official capacity as District Attorney for New York County,<br><br>*Plaintiff*,<br><br>v.<br><br>JIM JORDAN, in his official capacity as Chairman of the Committee on the Judiciary; et al.,<br><br>*Defendants*. | Case No. 1:23-cv-03032 (MKV) |

NOTICE OF DISMISSAL
PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Alvin L. Bragg, Jr. hereby gives notice of his voluntary dismissal of the above captioned action.

Dated: April 24, 2023
New York, New York

GIBSON DUNN & CRUTCHER LLP

/s *Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.
333 South Grand Ave.,
Los Angeles, California 90071
Tel: (213) 229-7804
tboutrous@gibsondunn.com

Mylan L. Denerstein
Lee R. Crain
200 Park Avenue
New York, New York 10166
Tel: (212) 351-3850
mdenerstein@gibsondunn.com
lcrain@gibsondunn.com

Katherine Moran Meeks (admitted *phv*)
1050 Connecticut Avenue, N.W.

1

Washington, D.C. 20036
Tel: (202) 955-8258
kmeeks@gibsondunn.com

NEW YORK COUNTY DISTRICT
ATTORNEY'S OFFICE
Leslie B. Dubeck
General Counsel to the New York County
District Attorney
One Hogan Place
New York, New York 10013
Tel: (212) 335-9000
Dubeckl@dany.nyc.gov

*Counsel for Plaintiff Alvin L. Bragg, Jr.*

2